(PAGE NUMBER ONE OF FOUR PAGES)   12/25/2006

AC/VC

DISTRICT COURT
DISTRICT OF DELAWARE
FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

"ATENTION IS ANOTHER 1983 COMPLAINT"

06-794
FILED
DEC 27 2006
BD Scanned
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1- PLAINTIFF: IVAN MENDEZ.
2- S.B.I. NUMBER: 453351
3- ADDRESS: D.C.C., 1181 PADDOCK RD. SMYRNA DE. 19977.
4- CASE NUMBER: 318-2001
5- DEFENDANTS: PENSYLVANIA STATE, DELAWARE STATE, WASHINGTON D.C, AND ALL THIS CRIMINAL ORGANISATION.
6- IF YOU HAVE FILLED OTHER LAWSUITS LIST CAPTION AND CASE NUMBER: AS YOU KNOW IT TOO ALL THIS INFORMATION.
7- IS THERE A PRISONER GRIEVANCE: YES  NO
8- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES: YES  NO
9- WHAT STEPS DID YOU TAKE: THE LEGAL STEPS.
10- WHAT WAS THE RESULT: NEGATIVE.
11- NAME OF DEFENDANTS: ALL THIS CRIMINAL ORGANISATION.
12- EMPLOYED AS A: AS YOU KNOW IT TOO THIS INFORMATION.
13- ADDRESS: AS YOU KNOW IT TOO.
14- STATE BRIEFLY THE FACTS OF YOUR CASE (ATTACH EXTRA SHEETS IF NECESSARY): AS YOU KNOW IT TOO, ALL OF THE FACTS AND GROUNDS, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, AND AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THESE ANSWERS FROM YOU, PENSYLVANIA, AND WASHINGTON D.C, WHICH ONCE AGAIN IS THE PURPOSE OF THIS COMPLAINT, BECAUSE ALL OF THEM KNOWING ALL THAT THIS CRIMINAL ORGANISATION HAS DONE TO ME, AND WHAT THEY HAVE DONE TO ME TOO, THEY DON'T DO NOTHING BUT MAKE IT WORST, AND AS YOU KNOW IT TOO THAT IT HAS BEEN FOR YEARS, AND KNOWING OF MY LEGS DISABILITY, AND SOME THINGS (SUFFERINGS), THAT MY FAMILY, RELATIVES, LOVED ONES, AND MY PEOPLE, HAVE AND ARE GOING THROUGH, AND EVEN KNOWING ALL OF THE FACTS AND GROUNDS, WHICH IN MATTER OF FACT I WRITE SOME OF THOSE FACTS FROM THE MEDICAL REPORTS AND FROM MY LEGAL PAPERWORK LEFT THAT I STILL HAVE WITH ME, I WROTE THEM DOWN BRIEFLY, BECAUSE IT COST ME A LOT TO OBTAIN SOME PAPER TO WRITTE ON, SO HERE ARE THE FOLLOWING FACTS WRITTEN DOWN BRIEFLY SUCH ARE:

EXHIBIT A   (SINGLE PAGE #1)

(CHARGE: CRIMINAL IMPERSONATION)
TO WIT: IVAN L. MENDEZ, ON OR ABOUT THE 25TH DAY OF DECEMBER 2000, IN THE COUNTY OF SUSSEX STATE OF DELAWARE, DID KNOWINGLY AND UNLAWFULLY PRETEND TO BE TONY RENE DIAZ, WITH THE INTENT TO OBTAIN A BENEFIT FROM ANOTHER PERSON.

EXHIBIT A   (SINGLE PAGE #2)

(CHARGE: ROBBERY FIRST DEGREE)
TO WIT: IVAN L. MENDEZ ON OR ABOUT THE 21ST DAY OF DECEMBER 2000, IN THE COUNTY OF SUSSEX STATE OF DELAWARE, DID WHEN IN THE COURSE OF COMMITTING A THEFT USED FORCE UPON LATISHA M. REED, WITH THE INTENT TO COMPEL LATISHA M. REED, TO DELIVER UP PROPERTY CONSISTING OF UNITED STATES CURRENCY, AND WHEN IN THE COURSE OF THE COMMISSION OF THE CRIME FLIGHT THEREFROM, HE CAUSED PHYSICAL INJURY TO LATISHA M. REED, WHO IS NOT PARTICIPANT IN THE CRIME.

(CHARGE: POSSESSION OF A DEADLY WEAPON)
TO WIT: IVAN LOPEZ MENDEZ, ON OR ABOUT THE 21ST DAY OF DECEMBER 2000, IN THE COUNTY OF SUSSEX STATE OF DELAWARE, DID KNOWINGLY POSSESS A DEADLY WEAPON DURING THE COMMISSION OF A FELONY, BY POSSESSING ILLEGAL CUTTING INSTRUMENT, A DEADLY WEAPON DURING THE COMMISSION OF ROBBERY 1ST.

EXHIBIT B AFFIDAVIT OF PROBABLE CAUSE   (SINGLE PAGE #3)

YOUR AFFIANT, DAVID NAAR, CAN TRULY STATE THAT: ON 12/25/00, AT APPROXIMATELY 17:35 HOURS, ON US. 113 HWY. I OBSERVED A PEDESTRIAN WALKING NORTH ON US. THE PEDESTRIAN WAS WEARING A DARK JACKET AND BLUE JEANS, AND HAD A DARK BUSHY MUSTACHE WHICH FIT THE DESCRIPTION OF THE SUSPECT IN A ROBBERY (STABBING), OCCURRED ON 12/21/00, DURING A CRIME PREVENTION CHECK THE PEDESTRIAN IDENTIFIED HIMSELF AS TONY RENE DIAZ, DIAZ HAD A STRONG ODOR OF AN ALCOHOLIC BEVERAGES COMING FROM HIS PERSON, WHEN ASKED IF HE HAD BEEN DRINKING HE REPLIED YES, DIAZ WAS TRANSPORTED TO GEORGETOWN P.D., DIAZ, WAS QUESTIONED BY DET. GROSE, DURING THE QUESTIONING DIAZ, ADMITTED TO GIVING A FALSE NAME, HE THEN IDENTIFIED HIMSELF AS IVAN L. MENDEZ.

EXHIBIT B AFFIDAVIT OF PROBABLE CAUSE   (SINGLE PAGE #4)

3- UPON THE ARRIVAL OF THE POLICE UNITS W/3 BUCCI, MADE CONTACT WITH THE VICTIM, WHO ADVISED SHE HAD JUST BEEN STABBED BY A WHITE MALE SUSPECT, 4- THE VICTIM COULD ONLY DESCRIBE THE SUSPECT AS A WHITE MALE WITH A THICK BLACK MUSTACHE BLACK HAIR ON HIS FACE AND WEARING A BLACK HAT, 5- THE VICTIM ALSO ADVISED SHE SMELLED AN ODOR OF ALCOHOLIC BEVERAGES ON THE SUSPECT'S BREATH, 6- THE SUSPECT APPROACHED HER FROM BEHIND THE EXXON, 7- THE SUSPECT MADE VERBAL CONTACT WITH THE VICTIM AND ADVISED HER NO TO SAY ANYTHING AND SHE WOULDN'T GET HURT, HE THEN STATED GIVE ME YOUR MONEY, HE THEN STRUCK HER IN THE LOWER LEFT SIDE OF THE BACK JUST BELOW THE KIDNEY AREA. 8- THE VICTIM STATED THIS WAS WHEN SHE REALIZED THAT HE HAD STABBED HER, 9- THE SUSPECT THEN PUNCHED HER IN THE FACE AREA CAUSING A BLACK EYE TO HER RIGHT EYE, THE SUSPECT REMOVED $4.00 IN USC. AND THEN FLED.

EXHIBIT B STATEMENT OF PROBABLE CAUSE (CONTINUED)   (SINGLE PAGE #5)

12- W/1- PAT BROCKWAY, WAS IN THE PARKING LOT OF THE EXXON AND OBSERVED THE SUSPECT WALK FROM BEHIND THE EXXON, AND APPROACH THE VICTIM, W/1 BROCKWAY PULLED OUT FROM THE PARKING LOT AND DID NOT OBSERVE THE SUSPECT ATTACK THE VICTIM W/1 BROCKWAY, DESCRIBE THE SUSPECT AS A WHITE MALE, DARK BLUE BLACK JACKET, WEARING BLUE JEANS AND APPROXIMATELY 5'08 TO 5'10 FEET TALL, 13- ON 12/25/00, AT APPROXIMATELY 17:33 HOURS, W/3 NAAR, OBSERVED A...

THAT MATCHED THE DESCRIPTION OF THE SUSPECT WALKING N/B ON US 113, IN THE AREA OF W. NORTH STREET, 14- W/3 NAAR, STOPPED THE SUSPECT, THE SUS WAS INTOXICATED AND TAKEN INTO CUSTODY BY W/3 NAAR, FOR WALKING ON THE HIGHWAY UNDER THE INFLUENCE OF ALCOHOL AND OTHER TRAFFIC CHARGES, T NAME THE SUSPECT GAVE W/3 NAAR, WAS TONY RENE DIAZ, 15- I WAS CALLED TO INTERVIEW THE SUSPECT IN REFERENCE TO THE COMPLAINT ON 12/21/00, 16-- T SUSPECT WAS MIRANDIZED AND INTERVIEWED AT APPROXIMATELY 18:00 HOURS ON 12/25/00, 17- THE SUSPECT ADVISED HE WAS HOMELESS AND HAD NOT WORKED IN ABO MONTH, HE STATED HE CANNOT REMEMBER WHAT HAPPENED ON 12/21/00, BECAUSE HE WAS INTOXICATED, DURING THE INTERVIEW, HE REPEATEDLY STATED, HE DI WHAT HE HAD TO DO TO SURVIVE, AT THE TIME OF THIS INTERVIEW HE DID NOT ADMIT TO THE INCIDENT ON 12/21/00, 19- ON 12/26/00, AT 9:45 HOURS, THE VICTIM PICKED THE PHOTOGRAPH OF THE SUSPECT OUT OF 6 TOTAL PHOTOS, THE VICTIM ALSO POSITIVELY IDENTIFIED THE SUSPECT'S CLOTHING, ON 12/26/0 AT 11:30 HOURS, W/L BROCKWAY, COULD NOT POSITIVELY IDENTIFY THE SUSPECT'S FACE, BUT IDENTIFIED THE CLOTHING THE SUSPECT WAS WEARING, 21-- CHECKED THE LIVING AREA FOR THE SUSPECT AND I FOUND A PAIR OF TOE NAIL CLIPPERS WITH A 2 INCH KNIFE BLADE, THIS LENGTH IS CONSISTENT WITH THE S WOUND TO THE VICTIM, 22- THE SUSPECT STATED HE LOST HIS I.D. ALONG WITH HIS BLACK KNIT HAT, THE SUSPECT WAS DESCRIBED WEARING A BLACK KNIT HAT BY VICTIM, 23- DURING THE INTERVIEW THE SUSPECT CHANGED HIS NAME TO IVAN L. MENDEZ.

## INITIAL CRIME REPORT (SINGLE PAGE NUMBER #6)

(OCCURRED: THU. 12/21/2000, 18:25, THRU. THU. 12/21/2000, 18:28), (M.O AND INCIDENT OVERVIEW: SUSPECT CAUSED SERIOUS PHYSICAL INJURY BY USING A WEAPON A FORCEABLY REMOVED USC FROM THE VICTIM), (REPORT DATE: 12/21/2000).

### VICTIM INFORMATION

(INJURIES: SEVERE LACERATION APPARENT MINOR INJURY), (DESCRIPTION OF INJURIES: 2 1/2 INCHES DEEP BY 2 INCHES WIDE LACERATION LOWER LEFT BACK, MINOR BRUISES AND MINOR LACERATIONS FACIAL AREA AND FRONT OF HANDS).

### SUSPECT/DEFENDANT INFORMATION

(SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC), (FACIAL HAIR: THICK MUSTACHE), (RESIDENT STATUS: UNKNOWN), (ARMED WITH: ILLEGAL CUTTING INS MENT), (HEIGHT 5'08 TO 6'00).

### CRIMES AND ASSOCIATED INFORMATION

(CRIME DESCRIPTION: ROBBERY FIRST DEGREE), (PROPERTY CATEGORY: MONEY), (STOLEN VALUE: 4.00), (PROPERTY CATEGORY: OTHER), (STOLEN VALUE: $150.00), (TYPE WEAPON USED: POCKET KNIFE), (PROPERTY TAKEN: $4.00 CASH), (PROPERTY TAKEN: UNITED STATES CURRENCY).

## SUPPLEMENTAL REPORT #1 (SINGLE PAGE #7)

(REPORT DATE: 12/27/2000), (OCCURRENCE, DATES AND TIMES: THU. 12/21/2000, 18:25 THRU THU. 12/21/2000, 18:28), (AGENCY: GEORGETOWN P.D.), (GRID: 146-104).

### ORIGINAL VICTIM INFORMATION

(VICTIM NUMBER: 001), (NAME: LATISHA M. REED).

### ORIGINAL SUSPECT/DEFENDANT INFORMATION

(SEX: MALE), (TYPE: UNKNOWN), (RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC), (FACIAL HAIR: THICK MUSTACHE).

### MODIFIED SUSPECT/DEFENDANT INFORMATION

(TYPE: SUSPECT), (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: HISPANIC), (SKIN TONE: LIGHT), (BUILD: LARGE), (FACIAL HAIR: THICK MUSTACHE), (RESIDENT STATUS: NO RESIDENT), (HAIR LENGTH: COLLAR), (ARMED WITH: ILLEGAL CUTTING INSTRUMENT), (HAIR COLOR: BLACK), (SUSPECT'S CLOTHING DESCRIPTION: BLUE JEANS, DARK BLUE JACKET, GRE HOODED SWEATSHIRT, BLACK MULTI STRIPED SHIRT, BLACK SNEAKERS).

### ORIGINAL CRIME AND ASSOCIATED INFORMATION

(CRIME DESCRIPTION: ROBBERY FIRST DEGREE), (STATUS: PENDING ACTIVE), (WEAPON/FORCE USE: KNIFE/CUTTING INSTRUMENT).

### WITNESS INFORMATION

(TYPE: WITNESS), (NAME: NAAR DAVID), (SEX: MALE), (RACE: WHITE), (SEQUENCE: 001).

### INVESTIGATIVE NARRATIVE

ON 12/25/00 AT 17:30 HOURS, I WAS CONTACTED BY PFC NAAR, IN REFERENCE TO THE SUSPECT IN CUSTODY FOR CHARGES HE HAD ON HIM, I WAS ADVISED THE SUSPECT MAT THE DESCRIPTION FROM THE INCIDENT THAT TOOK PLACE ON 12/21/00, THE SUSPECT GAVE PFC NAAR, THE NAME TONY RENE DIAZ, I RESPONDED TO THE GEORGETOW TO INTERVIEW THE SUSPECT AT 18:26 HOURS.

## SUPPLEMENTAL REPORT #2 (SINGLE PAGE #8)

(REPORT DATE: 12/27/00), (ORIGIN OCCURRENCE, DATES AND TIMES: THU. 12/21/2000, 18:25, THRU. 12/21/2000, 18:28)

### ORIGINAL VICTIM INFORMATION

(VICTIM NUMBER: 001), (NAME: LATISHA M. REED)

### ORIGINAL SUSPECT/DEFENDANT INFORMATION

(TYPE: UNKNOWN), (SEX: MALE), (RACE: WHITE), (FACIAL HAIR: THICK MUSTACHE), (ETHNIC ORIGIN: NON-HISPANIC).

(BANGLES
(PAGE NUMBER TWO OF FOUR PAGES))                                                                                    12/25/2000  III

### ORIGINAL SUSPECT/DEFENDANT INFORMATION

(TYPE: SUSPECT), (SEX: MALE), (RACE: WHITE), (HAIR LENGHT: COLLAR), (HAIR COLOR: BLACK), (ETHNIC ORIGIN: HISPANIC), (FACIAL HAIR: THICK MUSTACHE), (WEIGHT: 180), (SKIN TONE: LIGHT), (BUILD: LARGE), (SUSPECT'S CLOTHING DESCRIPTION: BLUE JEANS, DARK BLUE JACKET, GREEN HOODED SWEATSHIRT, BLACK MULTI-STRIPPED SHIRT, BLACK SNEAKERS).

### MODIFIED SUSPECT DEFENDANT INFORMATION

(TYPE: DEFENDANT), (SEX: MALE), (RACE: WHITE), (HAIR LENGHT: COLLAR), (ETHNIC ORIGIN: HISPANIC), (HAIR COLOR: BLACK), (FACIAL HAIR: THICK MUSTACHE), (SKIN TONE: LIGHT), (RESIDENT STATUS: NON-RESIDENT), (BUILD: LARGE), (ARMED WITH: ILLEGAL CUTTING INSTRUMENT), (ARREST NUMBER: 51413), (ARREST TYPE: WARRANT).

### ORIGINAL CRIME AND ASSOCIATED INFORMATION

(CRIME DESCRIPTION: ROBBERY FIRST DEGREE), (STATUS: PENDING ACTIVE), (WEAPON/FORCE USED: KNIFE/CUTTING INSTRUMENT).

### MODIFIED CRIME AND ASSOCIATED INFORMATION

(VICTIM NUMBER: 001), (CRIME DESCRIPTION: ROBBERY FIRST DEGREE).

---

## SUPPLEMENTAL REPORT #3    (SINGLE PAGE #9)

(REPORT DATE: 12/30/2000), (OCCURRENCE DATES AND TIMES: THU. 12/21/2000, 18:25; THRU. THU. 12/21/2000, 18:28).

### ORIGINAL VICTIM INFORMATION

(VICTIM NUMBER: 001), (TYPE: INDIVIDUAL), (SEX: FEMALE), (RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC).

### ORIGINAL SUSPECT/DEFENDANT INFORMATION

(TYPE: UNKNOWN), (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC), (FACIAL HAIR: THICK MUSTACHE).

### ORIGINAL CRIME AND ASSOCIATED INFORMATION

(VICTIM NUMBER: 001), (CRIME DESCRIPTION: ROBBERY FIRST DEGREE), (WEAPON/FORCE USED: KNIFE/CUTTING INSTRUMENT).

### INVESTIGATIVE NARRATIVE

I CONTACTED THE VICTIM ON THE SCENE, WHILE SHE WAS LYING ON THE SIDEWALK OF THE EXXON ON THE SOUTHSIDE OF THE BUILDING. I ASKED THE VICTIM IF SHE HAD SEEN THE SUSPECT, AND SHE SAID SHE DID NOT GET A VERY GOOD LOOK AT HIM. THE VICTIM STATED THAT SHE DID KNOW THAT THE SUSPECT WAS A WHITE MALE. UP ON EXITING HER CAR THE VICTIM WAS MET BY THE SUSPECT WHO HAD STRUCK HER SEVERAL TIMES IN THE FACE AND LOWER BACK. THE VICTIM SAID SHE WAS CAUGHT BY SURPRISE AND COULD NOT FIGHT BACK BECAUSE IT ALL HAPPENED SO QUICKLY. THE VICTIM STATED THAT SHE TRIED TO WALK TOWARD THE ENTRANCE TO THE BUILDING BUT DID NOT MAKE IT THAT FAR, BECAUSE SHE KNEW THAT SHE WAS HURT. THE VICTIM SAT DOWN ON THE CORNER OF THE BUILDING.

---

## INITIAL CRIME REPORT    (SINGLE PAGE #10)

(REPORT DATE: 12/25/00), (OCCURRED DATE AND TIME: MON. 12/25/2000, 17:35), (M.O. AND INCIDENT OVERVIEW: DEFENDANT GAVE A FALSE NAME DURING A CRIME PREVENTION CHECK).

### VICTIM INFORMATION

(VICTIM NUMBER: 001), (TYPE: SOCIETY/PUBLIC).

### SUSPECT DEFENDANT INFORMATION

(TYPE: DEFENDANT), (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: HISPANIC), (RESIDENT STATUS: NON-RESIDENT), (FACIAL HAIR: THICK MUSTACHE), (HAIR COLOR: BLACK), (HAIR LENGHT: EAR TOP), (VOICE SPEECH: ACCENT), (SKIN TONE: OLIVE), (BUILD: AVERAGE), (ARMED WITH: UNARMED), (ADDRESS: MARAVATIO, MEXICO), (ARREST NUMBER: 51413), (ARREST TYPE: WARRANT), (SUSPECT'S CLOTHING DESCRIPTION: DARK BLUE JACKET AND BLUE JEANS).

### CRIMES AND ASSOCIATED INFORMATION

(CRIME DESCRIPTION: CRIMINAL IMPERSONATION), (STATUS: ADULT ARREST: 12/25/2000).

### VICTIM-SUSPECT/DEFENDANT RELATIONSHIPS

(VICTIM 001: SOCIETY/PUBLIC), (SUSPECT DEFENDANT 001: MENDEZ-LUNA LOPEZ), (VICTIM OFFENDER RELATIONSHIP: VICTIM LESS CRIME).

### INVESTIGATIVE NARRATIVE

ON 12/25/00, AT 17:35 HOURS, ON US. 113 NORTH, I OBSERVED A PEDESTRIAN WALKING NORTH ON RT. 113. THE PEDESTRIAN WAS WEARING A DARK JACKET AND BLUE JEANS,

I had a dark bushy mustache which fit the description of the suspect in a robbery (stabbing) occurred on 12/21/2000, during a crime prevention check, pedestrian identified himself as Tony Rene Diaz, Diaz, was a strong odor of an alcoholic beverages coming from his person, when asked if he had been drinking he replied yes, Diaz, was transported to Georgetown P.D., Diaz, was questioned by Det. Grose, during the questioning Diaz, admitted to giving a false name, he then identified himself as Ivan L. Mendez.

---

### STATEMENTS OF WITNESSES

(Report Date: 12/21/2000), (Complaint #: 8100004435), (Agency: Georgetown P.D.)  **(Single Page # 11)**

#### Statement of Victim 001 - Latisha M. Reed - Continued

Taken to obtain more information from the victim at the Nanticoke Hospital, but due to her injuries she was medicated. The victim was first questioned as per such, on the scene.

#### Statement of Witness 001 - John S. Rodenbough

John Rodenbough, advised he saw the victim pull into the Exxon parking lot at 18:30, he could not offer any other detail about this complaint.

#### Statement of Witness 002 - Pat Brockway

Mr. Brockway, advised the victim pulled into the spot on the west side of the vehicle he was in. Mr. Brockway observed a white male, walk out from the rear corner of the Exxon, and approach the victim. The victim and the suspect started talking. Mr. Brockway advised he did not see the suspect assault or rob the victim. Mr. Brockway, described the suspect as a white male, approximately 5'08", thin, blue jeans and black jacket, he did not recall a hat on the suspect or a mustache.

#### Statement of Witness 003 - Edward R. Wilson

Edward Wilson, observed the victim white car pull into the south parking lot of Exxon, he did not observe an assault or robbery of the victim.

#### Statement of Witness 004 - Lonnie Peaster

Det. Peaster processed the victim's car.

#### Statement of Witness 005 - Michael Barlow

Sgt. Barlow was the supervisor on the scene.

#### Statement of Witness 006 - Jeffery Bucci

Ptlm. Bucci, interviewed the victim on the crime scene.

---

### INVESTIGATIVE NARRATIVE - CONTINUED   **(Single Page # 12)**

The following is a condensed version of the interview. The suspect was asked to identify himself, he gave me the name Ivan L. Mendez, he advised the an Army from Wilmington brought him to Georgetown, he stated he had not worked in over a month, I detected a smell of alcoholic beverages emanating from his and questioned him about how he could buy alcohol if he had not money, he stated he had friends that would help him out, he was questioned about his whereabouts on 12/21/2000, he stated "I don't remember I was drunk". I advised him a young female has been injured, he stated he was drunk and does not remember being there. During the interview the suspect stated "I do what I have to do to survive", the suspect was wearing blue jeans a dark blue jacket, a green hooded sweatshirt and a black multi striped shirt, the suspect had a thick bushy mustache, and bushy goatee, this description matches the one given by the victim and also w/1 Pat Brockway. The suspect was arrested by PFC. Naar, for traffic charges (pedestrian), and criminal impersonation.

#### Statement of Suspect 002 - Ivan Lopez Mendez

The suspect was interviewed in reference to the incident on 12/21/00, and was read his Miranda warning at 18:26 hours.

#### Statement of Witness 007 - David Naar

PFC. Naar, stopped the suspect due to his matching description from the original incident on 12/21/00, the suspect advised he lost his I.D. when he lost hat. PFC. Naar, asked him what type of hat, and the suspect stated a black knit hat, this type of hat was also described by the victim.

---

### CRIMES AND ASSOCIATED INFORMATION   **(Single Page # 13)**

(Report Date: 12/21/2000), (Agency: Georgetown P.D.), (Criminal Activity: Using Consuming), (Weapon/Force Used: knife/cutting instrument).

#### Victim Suspect/Defendant Information

(Victim 001: Reed Latisha M.), (Suspect/Defendant 001: Unknown), (Victim Offender Relationship: Stranger), (Victim 002: Society/Public), (Suspect Defendant 001: Unknown), (Victim Offender Relationship: Victimless Crime).

#### Witness Information

(Sequence: 001), (Type: Witness), (Name: Rodenbough, John S.), (Sequence: 002), (Type: Witness), (Name: Brockway Pat), (Sequence: 003), (Type: Person Contacted), (Wilson Edward R.), (Sequence: 004), (Type: Witness), (Name: Peaster Lonnie), (Sequence: 005), (Type: Witness), (Name: Barlow Michael), (Sequence: 006), (Type: Witness), (Name: Bucci Jeffery).

#### Investigative Narrative

Upon my arrival I learned the victim had been stabbed in the lower left side of her back, the victim, was being questioned by Ptlm. Bucci, upon my arrival I was advised the only description of the suspect was a white male with a black hat.

CRANBERRIES
(PAGE NUMBER THREE OF FOUR PAGES)                                                                                          12/28/2000

## INVESTIGATIVE NARRATIVE - CONTINUED

...HOOD ON THE SIDEWALK THE VICTIM HAD WALKED DOWN TO GET HELP, I RESPONDED TO THE NANTICOKE HOSPITAL AND MET WITH THE VICTIM AND OBTAINED A STATEMENT (SEE VICTIM STATEMENT), DUE TO THE VICTIM BEING UNDER PAIN MEDICATION FOR HER INJURY I WILL FOLLOW UP WITH HER ON A LATER DATE TO CONFIRM THE FACTS OF ... STATEMENT, THE LACERATION WAS APPROXIMATELY 2½ INCHES DEEP, BY 2 INCHES WIDE, THE LACERATION DID NOT HIT ANY VITAL ORGANS.

### STATEMENT OF VICTIM 001 - LATISHA M. REED

THE VICTIM STATED, THAT THE SUSPECT APPROACHED FROM THE REAR OF THE STORE AND ADVISED HER TO GIVE ME ALL YOU MONIES, THE SUSPECT THEN HIT HER IN THE LOWER ... CK AND PUNCHED IN THE FACE, THE VICTIM STATED "I GUESS WHEN HE HIT ME IN THE BACK IS WHEN HE STABBED ME I DIDN'T EVEN KNOW AT FIRST I HAVE ... N STABBED", THE VICTIM DESCRIBE THE SUSPECT AS A WHITE MALE APPROXIMATELY 6 FEET TALL, WITH A THICK NAAM OR BLACK MUSTACHE, THE ONLY CLOTHING ...SCRIPTION THE VICTIM COULD OFFER WAS A BLACK KNIT HAT ON HIS HEAD, THE SUSPECT FLED IN A WESTERLY DIRECTION.

### CRIMES AND ASSOCIATED INFORMATION                                    (SINGLE PAGE # 14)

REPORT DATE: 12/22/2000, (STATUS: ADULT ARREST 12/26/00), (WEAPON/FORCE USED: KNIFE/CUTTING INSTRUMENT).

### ORIGINAL CRIME AND ASSOCIATED INFORMATION

(CRIME DESCRIPTION: POSSESSION OF A DEADLY WEAPON), (CRIMINAL ACTIVITY: USING CONSUMING), (WEAPON/FORCE USED: KNIFE/CUTTING INSTRUMENT)

### MODIFIED CRIME AND ASSOCIATED INFORMATION

(CRIME DESCRIPTION: POSSESSION OF A DEADLY WEAPON), (STATUS: ADULT ARREST 12/26/2000), (WEAPON/FORCE USED: KNIFE/CUTTING INSTRUMENT.)

### INVESTIGATIVE NARRATIVE

ON 12/26/2000, THE VICTIM LOOKED AT THE LINE UP AND POINTED TO THE SUSPECT AND STATED THAT'S HIM, I THEN SHOWED HER A FULL LENGTH PHOTOGRAPH OF THE SUSPECT AND SHE STATED "THE ONLY THING MISSING IS THE BLACK KNIT HAT" I ASKED THE VICTIM IF SHE WAS SURE THIS WAS THE SUSPECT THAT ATTACKED HER AND TAKEN HER MONEY AND SHE STATED I AM —— POSITIVE, W/S PAT BROCKWAY STATED HE DID NOT RECOGNISE ANY OF THE FACES, I THEN HELD UP THE FULL LENGTH PHOTOGRAPH UP WITH MY THUMB OVER THE SUSPECT'S FACE AND W/S BROCKWAY, STATED THAT THE CLOTHING THE SUSPECT WAS WEARING WAS THE EXACT SAME CLOTHES HE HAD ON 12/21/2000, PFC. CONSUEGRA, AND MYSELF, LOCATED THE SUSPECT'S LIVING AREA AND WE LOCATED (1) PAIR OF CUTTERS WITH A 2 INCHES BLACK HANDLE, WITH THE POSITIVE IDENTIFICATION OF THE SUSPECT FROM THE VICTIM AND THE POSITIVE IDENTIFICATION OF THE SUSPECT'S CLOTHING I PREPARED AND SIGNED A WARRANT FOR THE CHARGES CONTAINED IN THIS REPORT, I SERVED THE WARRANT ON THE DEFENDANT AND READ THE DEFENDANT HIS MIRANDA RIGHTS.

## ★ MEDICAL REPORTS ★

### PROGRESS NOTES                                                         (SINGLE PAGE # 15)

(DATE: 12/22/2000), SIGN EACH ENTRY: NEW PT.S OFTEN ▬▬▬ ED(ZONE: V/S 119/78/80 ▬▬▬ S XII ▬▬▬ ▬▬▬ SAT ▬▬▬ INTACT IN PLACE PT ▬▬▬ OF PSEUDOSEIZURE IN THE PAST, DURING AM IN OCT. ▬▬▬ ERMS HAD PROBLEMS WITH MOTHER'S BOYFRIEND) ▬▬▬ ▬▬▬

### HISTORY AND PHYSICAL ORIGINAL                                           (SINGLE PAGE # 16)

DATE OF ADMISSION: 12/21/2000, CHIEF COMPLAINT: EIGHTEEN YEAR OLD FEMALE WHO IS ADMITTED NOW FOR OBSERVATION FOLLOWING AN ASSAULT AND STABBING, SHE WAS ON HER USUAL STATE OF HEALTH UNTIL THIS EVENING WHEN WHILE GETTING HER OUT OF HER CAR SHE WAS ASSAULTED, THE PATIENT WAS REPORTEDLY BEAT ABOUT THE HEAD AND NECK DURING THE EVALUATION ON THE FIELD SHE WAS NOTED TO HAVE A STABWOUND OVER THE LEFT BACK, A CT SCAN OF THE HEAD DEMONSTRATES CHRONIC LESION IN THE LEFT PARIETAL REGION, HEENT: WNL NO EVIDENCE OF SCALP LACERATION, EXAMINATION OF FACE DEMONSTRATES NO EVIDENCE OF FRACTURE.

### CONSULTATION                                                           (SINGLE PAGE # 17)

CONSULTATION WITH FOLLOW UP REQUESTED FOR DR. ASHMEN)(REQUESTED BY DR. DOPLER), (REASON: VICTIM STATES PHYSICAL ABUSE BY MOTHER'S BOYFRIEND), (NOT ...FIED DATE AND TIME: 12/22/2000, 09:00), (DATE OF CONSULTATION: 12/22/2000), (PT. ▬▬▬ ASSESMENT: DENIES SI/HI ▬▬▬ OR INSIGHT, DOES SAD HAVE PROBLEMS AND DOES NOT REALLY WANT TO TALK TO ME, PATIENT SAD) PHYSICAL ABUSE MOTHER REPETITIVE AND ALSO ▬▬▬

### HISTORY AND PHYSICAL ORIGINAL                                          (SINGLE PAGE # 18)

(BACK: DEMONSTRATES 2 CMS. STABWOUND OVER THE POSTERIOR BACK), (IMPRESSION: 1. STABWOUND TO BACK, 2. PSEUDOZEIZURES)

### NURSING ADMISSION DATA BASE                                            (SINGLE PAGE # 19)

(ASSESMENT OF CHIEF COMPLAINT: STABWOUND L.P.L CHEST), (LMP. 12/19/2000)

### SKIN RISK ASSESMENT                                                    (SINGLE PAGE # 20)

(SIZE), (ODOR), (COLOR), (EXUDATE), (STAGE), (LOCATION), (TREATMENT): 2-2½ CMS. STABWOUND TO L.L. CHEST, L ONE WEEK OLD STITCH WOUND (SCABBED), RIGHT WRIST SCRATCH, RIGHT UPPERARM SCRATCH LATERAL.

### DISCHARGE PLANNING REFFERRAL CRITERIA                                  (SINGLE PAGE # 21)

7.- HAS PATIENT BEEN SEEN IN THE EMERGENCY DEPARTMENT WITHIN THE LAST 15 DAYS: YES TEN DAYS AGO FOR STITCHES.

### PRIMARY AND SECONDARY SURVEY                                           (SINGLE PAGE # 22)

ABDOMEN/FLANKS: LACERATION B FLANK 2 CMS. LONG, 2½ CMS. DEEP.

### EMERGENCY ROOM SUMMARY ORIGINAL                                        (SINGLE PAGE # 23)

(DATE OF ADMISSION: 12/21/2000)(CHIEF COMPLAINT: THE PATIENT IS AN 18 YEAR OLD WHITE FEMALE WITH A HISTORY OF ASTHMA), (HISTORY OF PRESENT ILLNESS, THIS REPORTEDLY WAS AT A STORE AND SOME PEOPLE ASSAULTED HER FOR NO APPARENT REASON, SHE SAID SHE WAS HIT ABOUT THE HEAD AND NECK WITH SOME ... SHE IS NOT SURE WHICH ▬▬▬ ▬▬▬ NO GROSS SIGN OF HEAD OR FACE TRAUMA, HEENT: NO APPARENT GROSS HEAD OR ...

VI

PATIENT CARE REPORT - PRIORITY 2 - ALS - TRANSPORT    (SINGLE PAGE #24)

(CHIEF COMPLAINT: MY BACK AND FACE HURT), (HISTORY OF CONDITION: THE PATIENT IS AN 18 YEAR(S) OLD FEMALE, PATIENT WAS ASSAULTED IN PARKING LOT (BY) UNKNOWN ASSAILANT AND STRUCK IN FACE SEVERAL TIMES WALKED INTO STORE AND FOUND SHE HAD BEEN STABBED IN THE BACK), (GENERAL IMPRESSION: 18 Y/O FEMALE SEATED AGAINST OUTSIDE WALL AT STORE WITH POLICE IN ATTENDANCE), (POSTERIOR THORAX: 2-3 CMS. LACERATION TO LOWER LEFT FLANK WITH NOTICEABLE ABRASIONS AND SCRATCHES), (EXTREMITIES: LEFT ARM UNREMARKABLE WITH BRUISING TO A/C AREA), (DIFFERENTIAL DIAGNOSIS: R/O CLOSED HEAD INJURY).

TRAUMA RECORD    (SINGLE PAGE #25)

(ASSAULT: YES), (STAB WOUND: YES), (OTHER: THEY BEAT ME UP)

NURSING ADMISSION DATA BASE    (SINGLE PAGE #26)

(TIME 12/15/00), (CHIEF COMPLAINT PATIENT'S STATEMENT: SEIZURE, STABWOUND (L)), (ASSESSMENT OF CHIEF COMPLAINT: VERBAL, I STOP I GOT OUT MY CAR AND THEY BEAT ME UP), (2-2 1/2 CMS. LAC. (X2 CMS.) NO ACTIVE BLEED PROBED BY DR. CAREY)

PATIENT CARE REPORT - PRIORITY 2 - ALS - TRANSPORT    (SINGLE PAGE #27)

(NARRATIVE: ARRIVED TO FIND PATIENT IN CARE OF GEORGETOWN POLICE DEPARTMENT WHO RELATED CIRCUMSTANCES)

## TRANSCRIPTS OF PROCEEDINGS

TRANSCRIPTS OF PROCEEDINGS FOR GUILTY PLEA    (SINGLE BOOKLET #28)

(PAGE #2, LINE #15, 18), (ASSAILANTS, I SHOULD SAY MY VICTIM WAS SEATED IN THE COURTROOM), (AT SOME POINT THE CORRECTIONS OFFICERS BROUGHT UP IVAN MENDEZ, WHEN HE WALK INTO THE COURTROOM MY WITNESS IMMEDIATELY HAD A REACTION AND INDICATED THAT SHE RECOGNIZED THE PERSON IN THE COURTROOM), (PAGE #4, LINE #7) ON 12/21/00, THE VICTIM WAS GETTING OUT OF HER CAR AND AS SHE WAS ABOUT TO PROCEED TO WALK AROUND IN THE FRONT OF THE STORE, SOMEBODY APPROACHED HER FROM BEHIND, SHE FELT WHAT SHE THOUGHT WAS A HARD PUNCH IN THE BACK, THE PERSON THEN CAME AROUND TO HER FRONT AND WAS BRANDISHING A KNIFE COVERED WITH BLOOD AND DEMANDED THAT SHE GIVE ALL OF HER MONEY TO HIM AND GAVE HER A HARD TIME, THE SUBJECT PROCEEDED TO PUNCH HER IN THE FACE BREAKING HER GLASSES AND TOOK THE $4.00 THAT SHE HAD AND FLED BEHIND THE EXXON, SHE DESCRIBE THAT THE SUBJECT WAS WEARING A BLACK KNIT CAP, HAD BUSHY CURLY HAIR STICKING OUT FROM UNDERNEATH WAS UNKEMPT WAS SMELLY HAD FACIAL HAIR AND DESCRIBE HIM AS A WHITE MALE, WEARING DARK CLOTHES THE PANTS A DARK COLORED JACKET, THERE WAS ANOTHER CIVILIAN WITNESS THAT WOULD TESTIFY PAT BROCKWAY, THAT HE WITNESSED THE ATTACK ON LATISHA REED, HE HAS IDENTIFIED THE CLOTHING THAT WAS WORN BY THE SUBJECT AND GAVE A VERY SIMILAR DESCRIPTION OF HIS PHYSICAL APPEARANCE AS LATISHA REED HAS ARTICULATED IN THE RECORD, ON 12/19/00, DELAWARE STATE TROOPER MARTINEZ, CAME IN CONTACT WITH A SUBJECT IN GEORGETOWN AREA, WEARING DARK KNIT CAP, DARK PANTS, AND JACKET AND FACIAL HAIR THAT WAS APPROXIMATELY TWO DAYS BEFORE THIS INCIDENT HAPPENED, (PAGE #13, LINE #7) ON 12/25/00, OFFICER NAAR, WAS FAMILIAR WITH THE PHYSICAL DESCRIPTION THAT WAS GIVEN BY LATISHA REED OF THE PERPETRATOR, A MAN WEARING DARK CLOTHING WITH THE SAME TYPE OF HAIR, THE SAME PHYSICAL DESCRIPTION AS THE DEFENDANT, WAS SEEN WALKING ON US. 113, HE MADE CONTACT WITH THE SUBJECT DURING THAT ENCOUNTER HE FOUND MR. MENDEZ WAS INTOXICATED, MR. MENDEZ GAVE A FALSE NAME OF TONY RENE DIAZ, THE CLOTHING WEARING AT THE TIME WAS VERY SIMILAR TO THE CLOTHING WORN AT THE TIME OF THE ATTACK, THE POLICE PERFORMED A PHOTOLINE UP AND PRESENTED IT TO LATISHA REED, SHE PICKED OUT THE DEFENDANT AS THE PERSON STABBED AND ROBBED HER, MR. BROCKWAY, WAS UNABLE TO PICK MR. MENDEZ, OUT OF THE LINEUP, BUT HE WAS SHOWN A PHOTOGRAPH OF A PERSON WEARING CLOTHES THAT MR. MENDEZ, WAS TAKEN INTO CUSTODY IN WITH THE FACE COVERED UP, AND POSITIVELY IDENTIFIED THOSE CLOTHES, THE STATE BELIEVES IN TRIAL THAT MR. BROCKWAY MAY HAVE ALSO BEEN ABLE TO PICK HIM OUT AS THE PERSON THAT DID THAT, THE OTHER THING IS THAT ON 12/19/00, MR. MENDEZ, GAVE ALSO A FALSE NAME TO TROOPER MARTINEZ, (PAGE #15, LINE #8), AMONG THE ITEMS HE HAD WAS A KNIFE THE STATE WOULD HAVE PRESENTED IN EVIDENCE AND ITS ATTACHED TO LIKE A NAIL CLIPPER, THAT WAS THE KNIFE THERE MS. LATISHA REED, WOULD HAVE IDENTIFIED AS BEING THE KNIFE THAT STABBED HER, THAT DAY.

TRANSCRIPTS OF PROCEEDINGS FOR NATURE OF DEFENSE AT TRIAL    (SINGLE BOOKLET #29)

(PAGE #4, LINE #2), WHEN THE CORRECTION OFFICERS HAD BROUGHT MENDEZ INTO THE COURTROOM THE WITNESS IMMEDIATELY HAD A REACTION AND INDICATED SHE RECOGNIZED THE PERSON IN THE COURTROOM, (PAGE #7, LINE #15) ON 12/21/00, AT 6:25 P.M., LATISHA REED, EXITED HER CAR AND AS SHE PROCEEDED TO WALK AROUND TO THE FRONT OF THE STORE, SOMEBODY APPROACHED HER FROM BEHIND, SHE FELT WHAT SHE THOUGHT WAS A HARD PUNCH IN THE BACK, THE PERSON CAME AROUND TO HER FRONT AND WAS BRANDISHING A KNIFE COVERED WITH BLOOD, AND DEMANDED THAT SHE GIVE ALL OF HER MONEY TO HIM AND GAVE HER A HARD TIME, THE SUBJECT PROCEEDED TO PUNCH HER IN THE FACE, BREAKING HER GLASSES, AND FLED BEHIND THE EXXON, SHE DESCRIBED THE SUBJECT AS WEARING A BLACK KNIT CAP, WITH BUSHY CURLY HAIR STICKING OUT FROM UNDERNEATH, AND WAS UNKEMPT, SMELLY WITH FACIAL HAIR SHE FURTHER DESCRIBED HIM AS A WHITE MALE, WEARING DARK CLOTHES PANTS AND DARK COLORED JACKET, THERE WAS ANOTHER CIVILIAN WITNESS THAT WOULD TESTIFY HE WITNESSED THE ATTACK ON MISS REED, HE IDENTIFIED THE CLOTHING WORN BY THE SUBJECT AND GAVE A VERY SIMILAR DESCRIPTION OF HIS PHYSICAL APPEARANCE AS MISS REED HAD ARTICULATED, THAT OCCURRED ON 12/21/00, ON 12/19/00, A DELAWARE TROOPER CAME IN CONTACT WITH A SUBJECT IN THE GEORGETOWN AREA WEARING A DARK KNIT CAP, DARK PANTS AND JACKET WITH FACIAL HAIR, THAT WAS TWO DAYS BEFORE THE INCIDENT WITH MISS REED, ON 12/25/00, A POLICE OFFICER WHO WAS FAMILIAR WITH THE PHYSICAL DESCRIPTION GIVEN BY MISS REED, SAW AN INDIVIDUAL WALKING THE WRONG WAY AT NIGHT ON US. 113, CONTACT WAS MADE WITH THE SUBJECT WHEN THE OFFICER REALIZED SUBJECT WAS INTOXICATED, HIS CLOTHING WAS SIMILAR TO THE CLOTHING WORN AT THE TIME OF MISS REED ATTACK, THE POLICE PERFORMED A LINE UP AND PRESENTED IT TO MISS REED, IN LESS THAN A MINUTE SHE PICKED OUT MENDEZ, AS THE PERSON WHO STABBED AND ROBBED HER, MR. BROCKWAY UNABLE TO PICK OUT THE DEFENDANT, HOWEVER HE WAS SHOWN A PHOTOGRAPH OF A PERSON WEARING CLOTHES THAT MR. MENDEZ, WAS TAKEN INTO CUSTODY WITH HIS FACE COVERED UP AND THIS WITNESS POSITIVELY IDENTIFIED THE CLOTHING AS THE CLOTHING WORN BY THE ASSAILANT, DURING THE SEARCH OF MENDEZ AMONG HIS POSSESSIONS WAS FOUND A KNIFE WHICH MISS REED WOULD HAVE IDENTIFIED AS EITHER BEING THE KNIFE THAT STABBED HER OR SIMILAR TO THE KNIFE THAT STABBED HER.

TRANSCRIPTS OF PROCEEDINGS FOR SENTENCING    (SINGLE BOOKLET #30)

(PAGE #2, LINE #21) MR. MENDEZ, IS INITIALLY FROM MEXICO, IF HE CAN CONCLUDE ALL OF HIS BUSINESS WITH THIS COURT HE WILL BE DEPORTED), (PAGE #4, LINE #7) VICTIM LATISHA REED, IS NOT HERE SHE TRULY WOULD HAVE LIKED TO HAVE BEEN BUT HAS TO WORK TODAY, SHE WAS HERE WHEN THIS PLEA WAS TAKEN, ON 12/21/00, SHE WAS GETTING OUT OF HER CAR AND SHE FELT WHAT FELT TO HER AS A PUNCH IN THE BACK, THE NEXT THING SHE KNOWS THE DEFENDANT WEARING A BLACK CAP THAT SHE DESCRIBES AS A WHITE MALE AND SHE DESCRIBES HIS CLOTHING AND HE IS DEMANDING MONEY FROM HER, HE TAKES HER LITTLE POCKET CHANGE AND HER PAYCHECK, THERE WAS SOME PASSERBY WHO SAW THE DEFENDANT FLEE BEHIND THE EXXON, ON 12/25/00, THE POLICE PICKED UP THE DEFENDANT WHO IS WALKING ALONG THE HIGHWAY HE MATCHES THE PHYSICAL DESCRIPTION THAT WAS GIVEN THAT DAY, AND THE POLICE TAKE HIM INTO CUSTODY UNDER THE SUSPICION OF WALKING UNDER THE INFLUENCE

DEFF [LEOPARD]
(PAGE NUMBER FOUR OF FOUR PAGES)    12/25/2000  VII

THE POLICE DO A PHOTO LINE UP, WITH LATISHA REED, THAT IDENTIFIES HIM AS THE PERPETRATOR, WHEN MR. MENDEZ, APPEARED TO PUNCH LATISHA REED IN THE BACK WHAT ACTUALLY DID WAS STAB HER IN THE BACK PRIOR TO HIM EVEN CONFRONTING HER AND ASKING FOR MONEY, (PAGE #7, LINE #5), WHILE THIS TECHNICALLY DOESN'T... THE DEFINITION, THE VULNERABILITY OF THE VICTIM WHO SIMPLY IS GETTING OUT OF HER CAR AND NOT EVEN GIVEN A CHANCE TO DEFEND HERSELF IN THE STABBING WHEN HE APPROACHES HER FROM THE BACK, BY THE TIME HE FINISHES THE LEVEL 5 TIME, IF LNS, HAS A DETAINER OUT THE[Y] ARE GOING SUPPOSEDLY DEPORT HIM. (PAGE #8, LINE #3), IT APPEARS MR. MENDEZ, HAS COME AND GONE PRETTY FREELY BETWEEN MEXICO, AND UNITED STATES AT LEAST MORE THAN ONE OCCASION, THIS WAS A BRUTAL ATTACK, ALL HE NEEDED TO DO IF HE REALLY NEEDED MONEY WAS APPROACHED THAT WOMAN AND ASK FOR SOME WITHOUT THE USE OF A KNIFE, SHE LIVES TODAY WITH A SCAR ON HER BACK AS A CONSTANT REMINDER OF WHAT THIS MAN DID TO HER AND IS WITH THE CONSTANT REMINDER, (PAGE #10, LINE #11), BUT THE DESCRIPTION OF THE OBJECT USED TO STAB HER WHILE IT IS INDICATED SO AS A FINGER NAIL ... IT WAS A TWO AND A HALF INCH BLADE THAT COMES OUT AND THAT IS THE OBJECT THE STATE BELIEVES THAT WAS USED TO STAB MISS LATISHA REED, THE ... BELIEVES THAT'S THE WEAPON THAT WAS USED AGAINST HER, (PAGE #12, LINE #4), AND THE TIME THAT MR. MENDEZ MAY BE DEPORTED TO MEXICO.

U.S. DISTRICT COURT, FOR THE DISTRICT OF DELAWARE (ANSWER)   (SINGLE PAGE #31)

6:25 P.M. ON 12/2/00, LATISHA M. REED, WAS GETTING OUT OF HER CAR IN ANTICIPATION OF ENTERING THE STORE AT AN EXXON STATION IN GEORGETOWN, WHEN SOMEONE APPROACHED HER FROM BEHIND, SHE FELT WHAT SHE BELIEVED TO BE A HARD PUNCH IN THE BACK, LATER SHE DISCOVERED THAT SHE HAD BEEN STABBED, THE PERSON THEN CAME AROUND TO THE FRONT OF HER BRANDISHING A BLOOD COVERED KNIFE AND DEMANDING ALL OF REED'S MONEY, THE ROBBER PUNCHED REED IN THE FACE, REED DESCRIBED THE ROBBER AS A WHITE MAN WITH BUSHY CURLY HAIR STICKING OUT FROM UNDER A BLACK KNIT CAP, SHE TOLD POLICE THAT HE HAD FACIAL HAIR WAS ON HIM, SMELLY AND WEARING DARK PANTS AND JACKET, PAT BROCKWAY, WHO WITNESSED THE ATTACK GAVE A SIMILAR DESCRIPTION OF THE ASSAILANT, POLICE ENCOUNTERED SOMEONE FITTING THAT DESCRIPTION ON 12/25/00, WHO WAS INTOXICATED AND WALKING THE WRONG WAY AT NIGHT ALONG US-113, MENDEZ, WAS HOMELESS LIVING IN THE WOODS BEHIND WALMART AMONG THE ITEMS HE HAD WAS A KNIFE, REED, PICKED MENDEZ PICTURE FROM A PHOTO LINE UP, MR. BROCKWAY, WAS UNABLE TO PICK MENDEZ OUT OF THE LINE UP, BUT IDENTIFIED THE CLOTHING HE WAS WEARING.

"DISCUSSION"

(1) - HE ENTERED THE ROBINSON PLEA, ONLY BECAUSE HE WAS SCARED WHEN THE PROSECUTOR SAID THAT THE VICTIM IDENTIFIED HIM AS HER ASSAILANT, (2), THE STATE ... THREW AWAY HIS LETTERS, (3) - THE VICTIM WAS NOT PRESENT AT THE TIME OF THE PLEA TO IDENTIFIED HIM, (4). ACTUAL INNOCENCE BASED ON WITNESS WHO ... HE WAS NOT THE PERSON RESPONSIBLE FOR THE CRIMES, (5) - INEFFECTIVE ASSISTANCE OF COUNSEL, MS. BARBARA, TOLD HIM THAT SOME WORKERS AT THE ... THOUGHT THAT HE WAS NOT THE PERSON RESPONSIBLE.

SUPREME COURT OF THE STATE OF DELAWARE   ORDER    (SINGLE PAGE #32)

... APRIL 9, OF 2001, IVAN L. MENDEZ, ENTERED A ROBINSON PLEA, IN THIS APPEAL MENDEZ, COUNSEL HAS FILED A MOTION TO WITHDRAW, MENDEZ'S COUNSEL ASSERTS ... BASED UPON A COMPLETE AND CAREFUL EXAMINATION OF THE RECORD THERE ARE NO ARGUABLE ADDRESSABLE ISSUES, MENDEZ DID NOT SUBMIT ANY ISSUES TO HIS COUNSEL ... THIS COURT'S CONSIDERATION, (A) THE COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS MADE A CONSCIENTIOUS EXAMINATION OF THE RECORD AND THE LAW FOR CLAIMS ... COULD ARGUABLY SUPPORT THE APPEAL, (B), THE COURT MUST CONDUCT ITS OWN REVIEW OF THE RECORD AND DETERMINE WHETHER THE APPEAL IS SO TOTALLY DEVOID ... AT LEAST ARGUABLY ISSUES THAT IT CAN BE DECIDED WITHOUT AN ADVERSARY PRESENTATION, (4) - THE COURT HAS REVIEWED THE RECORD CAREFULLY AND HAS CO... [CONCLUDED] THAT MENDEZ APPEAL IS WHOLLY AND WITHOUT MERIT AND DEVOID OF ANY ARGUABLE ADDRESSABLE ISSUE, WE ARE SATISFIED THAT MENDEZ COUNSEL HAS MADE ... CONSCIENTIOUS EFFORT TO EXAMINE THE RECORD AND HAS PROPERLY DETERMINED THAT MENDEZ COULD NOT RAISE A MERITORIOUS CLAIM ON THIS APPEAL.

STATES RESPONSE TO RULE 26 (C) BRIEF    (SINGLE PAGE #33)

1 - ON APRIL 9, 2001, MENDEZ, WITH ASSISTANCE OF COUNSEL ENTERED A ROBINSON PLEA, 2 - ON APPEAL DEFENSE COUNSEL HAS MOVED TO WITHDRAW, (A) THIS COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS IN FACT MADE A CONSCIENTIOUS EXAMINATION OF THE RECORD AND LAW FOR ARGUABLE CLAIMS, (B) THIS COURT MUST CONDUCT ... OWN REVIEW OF THE RECORD AND DETERMINE THAT THE APPEAL IS SO TOTALLY DEVOID OF AT LEAST ARGUABLE ADDRESSABLE ISSUES THAT IT CAN BE DECIDED WITHOUT ... ADVERSARY PRESENTATION, 3 - DEFENSE COUNSEL STATES THAT "I HAVE DILIGENTLY SEARCHED THE RECORD INCLUDING THE COMPLETE TRANSCRIPT AND HAVE BEEN UNABLE TO FIND ANY MERITORIOUS ISSUES TO BE RAISED ON APPEAL" 4 - ALTHOUGH INFORMED THAT HE COULD RESPOND WITH POINTS FOR THIS COURT TO CONSIDER, MENDEZ, HAS NOT TENDERED ANY ISSUES FOR REVIEW.

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX

... STATE BRIEFLY WHAT YOU WANT THE COURT DO FOR YOU, (ATTACH EXTRA SHEETS IF NECESSARY):

... YOU KNOW IT TOO, THAT IN FORMATION, SAME AS YOU KNOW IT TOO, THAT TODAY'S DATE IS ANOTHER YEAR EXACTLY BEHIND BARS, IS ANOTHER ANNIVERSARY OF THIS NASTY SET UP CONSPIRACY AND YOU HAVE NOT AN IDEA OF HOW MUCH SUFFERINGS AND SORROWS, MYSELF, ... FAMILY, MY RELATIVES, MY LOVED ONES AND MY PEOPLE HAVE BEEN AND ARE GOING THROUGH, BECAUSE OF ALL OF YOU AND THIS CRIMINAL ORGANISATION NASTY SET UP CONSPIRACY, AND AS YOU KNOW IT TOO, THAT I ATTEMPTED TO COMMIT SUICIDE TWO TIMES, BECAUSE OF ... OF YOU AND THIS CRIMINAL ORGANISATION CONSPIRACY AND SET UP, AS YOU KNOW IT TOO, THAT ON THE FIRST TIME I CUT ... WRISTS AND ON THE SECOND MS. BARBARA SAVED MY LIFE, BY INVESTIGATING WITH THE MAIN WITNESSES WHO SAW ... ALL THAT NASTY CRIME, AND SAW THE REAL CRIMINAL, AND YOU KNOW IT TOO THE OTHER FACTS AND GROUNDS, AND LAST YEAR MY ... SISTER RESULTED WITH ANEMIA, AND LOOSING HER SIGHT, MY FATHER IS LOOSING HIS SIGHT OF HIS RIGHT EYE, MY MOTHER ... HAVE A HEART SURGERY THIS YEAR, MY LITTLE ONE HAS TO DUMP UNIVERSITY, BEING TWENTY ONE TIMES THE FIRST PLACE AT ... STATE AND NATIONAL LEVEL, BECAUSE SHE NEED TO WORK IN ORDER TO PAY THE DOCTOR'S BILLS, AND SOME OTHER SAD THINGS ... MY FAMILY RELATIVES AND LOVED ONES ARE GOING THROUGH, NOT TO MENTION MY PEOPLE, OR HOW MANY MORE INNOCENT PEOPLE WASN'T ... STILL OR THEY WILL GOING THROUGH, JUST BECAUSE ALL OF YOU AND THIS CRIMINAL ORGANISATION CONSPIRACY, IN ALL THIS COUNTRY ... ONLY ON THIS STATE, BUT IN ALL AMERICA, IS THAT: FROM WHOM WE ARE DESCENDANTS? OR IS JUST HATE AND AMBITION IN ORDER ... OBTAIN THOSE 40,000 OR 50,000 DOLLARS, THAT THE FEDERAL GOVERNMENT PAY FOR EACH PRISONER, PLUS, YOUR MONEY GAMES AND ...

(PLEASE TURN PAGE TO PAGE NUMBER ...)

...that all of you and this criminal organisation have not families or are members of one, I know that all of you don't have heart or consciousness, but hey, all of you know it of my innocence, so as you can see it that today is Christmas n... ...day when our Lord Jesus Christ and savior was born, and today's day is exactly six year ago that all of you ...this criminal organisation set me up as you know it too, same as you know it too that it has been years waiting for the ...answers of all of my legal forms and letters from you, Pensylvania, and Washington D.C. or now that it cost me a lot in ...order to obtain this pieces of paper and envelopes, is that your next step together with this criminal organisation is send ...to seclussion, more isolated than now I am, in order to all of you and this criminal organisation complete your nasty ...conspiracy, or are all of you waiting that another member of my family die, it has been three of them on cousen ...one uncle, and one niece six months ago, so stop playing God's games and stop hurting us so much, so I'll be glad to hear ...from you soon, and "Merry Christmas and Happy New Year?"

P.S. Here are the addresses of my legs disability and the misunderstanding warrant that I have in Provo Utah, plus ...the Ogden Police Department, where the highway patrol officer who stop the person driving drunk whom brou... ...my legs on pieces, and in need of metallic plates and pins and support on 1998. As you know it too that over at... ...St. Francis hospital, Delaware Psychiatric Center send me in order to ...take X rays from both of my legs on 07/14/04, and over here on Delaware Inmate's name # Ivan Mendez ...correctional center they took too X-rays on 04/21/06, where you can see the S.B.I. Number # 453351 ...pins and metallic plates holding my broken bones from my knees to my        Date of Birth # 12/04/73 ...ankles, so here are the addresses:

Surge's name # Mr. Richard F. Stokes.
Date of Sentence # 06/15/01
Number of case # 318-2001

Ogden Police Department
2549 Washington Blvd.
Ogden Utah 84401

4th. District Court
125 North 100 West
Provo Utah 84601

McKay-Dee Hospital
4401 Harrison Blvd.
Ogden Utah 84403

.- I declare under penalty of perjury that the above information is true and correct.
.- Date: 12/25/2006
.- Signature: Ivan Mendez

I/M IVAN MENDEZ
SBI# 453351    UNIT S.H.U #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

WILMINGTON DE 197
26 DEC 2006

$00.39
PITNEY BOWES
DEC 26 2006
MAILED FROM ZIPCODE 19977

MR. PETER T. DALLEO
U.S. DISTRICT COURT
844 N. KING STREET, LOCKBOX 18
WILMINGTON DE
19801

U.S.M.S.
X-RAY

RECEIVED
DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE