03/28/07

SCORPIONS

I

(PAGE NUMBER ONE 1 OF 16 PAGES PLUS TWO SHEETS OF AN APPLICATION TO PROCEED WITHOUT PREPAYMENTS OF FEES)

HONORABLE MR. JOSEPH, J. FARNAN.

MR. JOSEPH, I WRITE TO YOU ONCE AGAIN, HOPEFULLY THAT I DON'T BOTHER ANY OF YOUR BUSY TIME, BUT YOUR HONOR, HOW CAN YOU BE SO SARCASTIC ONCE AGAIN AS FOR YOUR ANSWER TO THE TRANSACTION NUMBER: 1:06-CV-794, MENDEZ VS. PENSYLVANIA STATE, AS YOU HAVE SHUT IT DOWN THE TRANSACTION NUMBER: 1:06-CV-780, MENDEZ VS. THE CRIMINAL ORGANISATION, CAUSE I DON'T HAVE MONEY OR ANY INCOME IN ANY WAY, YOUR HONOR, I SEND YOU THREE INMATE ACCOUNT STATEMENTS FOR THE LAST SIX MONTHS, AND PLEASE SOON AS YOU MAKE COPIES OF THEM SEND IT WITH THE OTHER FORMS AND PAPERS TO THE FOLLOWING ADDRESS:

MR. JOHN ASHCROFT
U.S. ATTORNEY GENERAL
10TH. N.W AND CONSTITUTION AVE.
WASHINGTON D.C. 20530

RECEIVED

APR 03 2007

PLEASE ALL THE PAGES IN TOTAL ARE EIGHTEEN PAGES, AS YOU CAN SEE THAT THEY ARE LEGAL FORMS AND OTHERS (COPIES OF MY LEGAL PAPERWORK), AND YOU KNOW IT THE REASONS WHY I'M ASKING YOU TO SEND IT, AND MY PRESENT SITUATION, PLEASE MR. JOSEPH, SEND THEM, AND OUR HEAVENLY FATHER GOD SHALL BE GLORIFIED WITH YOUR ACT.

"THANKS FOR YOUR TIME ON THIS MATTER AND FOR YOUR CONSIDERATION".

INMATE'S NAME # IVAN MENDEZ
S.B.I NUMBER # 453351
DATE OF BIRTH # 12/04/73
JUDGE'S NAME # MR. JOSEPH, J. FARNAN JR.
DATE OF SENTENCE # PENDING
NUMBER OF CASE # 1:06-CV-794

US. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

03/28/07

II

AC ≥ DC

PLAINTIFF # IVAN MENDEZ (PAGE NUMBER 2 OF 16 PAGES)
S.B.I NUMBER # 453351
ADDRESS # D.C.C., 1181 PADDOCK RD. SMYRNA DE. 19977
CASE NUMBER # 318-2001
DEFENDANTS # THIS CRIMINAL ORGANISATION
LIST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # HONORABLE US. ATTORNEY GENERAL. AS YOU KNOW IT TOO THIS INFORMATION. WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, WASHINGTON D.C. AND PENSYLVANIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
IS THERE A PRISIONER GRIEVANCE # (YES) NO
HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # (YES) NO
WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.
WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO ALL ABOUT IT.
NAME OF DEFENDANTS # THIS CRIMINAL ORGANISATION
EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS
ADDRESS # AS YOU KNOW IT TOO ALL THE ADDRESSES
STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE US. ATTORNEY GENERAL, AS YOU KNOW IT TOO, ALL OF THE GROUNDS, FACTS AND EVERYTHING, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, WASHINGTON DC, AND PENSYLVANIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, AND ONCE AGAIN I SEND YOU SOME REDUCTED COPIES OF SOME OF MY LEGAL PAPERWORK AND SOME MEDICAL REPORTS THAT I'M STILL HAVING LEFT ON MY POSSESSION AND THAT THIS CRIMINAL ORGANISATION HAS NOT STOLEN OR TAKEN FROM ME AS YOU KNOW IT TOO, AND ONCE AGAIN I SEND YOU SOME OTHER LEGAL FORMS ALREADY ADDRESSED TO THEIR RESPECTIVE DESTINATIONS AND OTHER FORMS SO PLEASE HONORABLE, US. GENERAL ATTORNEY MAKE SOME COPIES AND SEND IT TO THEM. YOU KNOW THE REASONS WHY AND MY CIRCUNSTANCES, AND ONCE AGAIN I SEND YOU THE ADDRESSES AND NAMES OF SOME OF THE PEOPLE INVOLVED ON THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON 1995, WHICH LEFT ME DISABLE OF BOTH OF MY LEGS, AND HURTED DAMAGED AND DISABLED OF OTHER PARTS OF MY BODY AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE DATES AND ADDRESSES OF THOSE X-RAYS OF BOTH OF MY LEGS WHERE YOU CAN SEE THE PINS, SCREWS AND METALLIC PLATES HOLDING MY BROKEN BONES ON BOTH LEGS AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE PEOPLE INVOLVED ON THAT D.U.I WARRANT AS YOU KNOW IT TOO ALL ABOUT IT.

HIT AND RUN -
OFFICERS
RICK HALTER # 651
?T WELOTH # 596
?IKE SANTOS # 586
?AMES GENT # 628
?ED PELTER # 594
?T. WES PETERSON # 520

OGDEN CITY POLICE DEPT.
2186 LINCOLN AVE.
OGDEN UTAH, 84401

OGDEN POLICE DEPT.
2549 WASHINGTON BLVD.
OGDEN UTAH 84401

THE MCKAY-DEE HOSPITAL
4401 HARRISON BLVD.
OGDEN UTAH, 84403

X-RAYS -
DELAWARE PSYCHIATRIC CENTER
1901 N. DUPPONT HWY. ON 07/14/04
NEW CASTLE DE. 19720

ST. FRANCIS HOSPITAL
7TH AND CLAYTON ST.
SUITE # 506 ON 07/14/04
WILMINGTON DE. 19801

DELAWARE CORR. CENTER
1181 PADDOCK RD. ON 04/21/06
SMYRNA DE. 19977

D.U.I. WARRANT -
4TH DISTRICT COURT
125 N. 100W.
PROVO UTAH, 84601

PROVO CITY POLICE DEPT.
BOX 1849
PROVO UTAH, 84603

MS. ANNETTE LOPEZ
720 S. MAIN ST.
APT# 5.
LOGAN UTAH, 84321

- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE, US. ATTORNEY GENERAL, AS YOU KNOW IT TOO THIS INFORMATION.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE # 03/28/07

SIGNATURE # IVAN MENDEZ

US DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA.
FORM TO BE USED BY A PRISIONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

03/28/07

III

BLINK

PLAINTIFF # IVAN MENDEZ
S.B.I. NUMBER # 453351
ADDRESS # D.C.C. 1181 PADDOCK RD. SMYRNA DE. 19977

(PAGE NUMBER 3 OF 16 PAGES)

CASE NUMBER # 318-2001

LIST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # HONORABLE. U.S. COURT OF APPEALS, AS YOU KNOW IT TOO THIS INFORMATION WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, WASHINGTON D.C, AND PENSYLVANIA AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.

DEFENDANTS # THIS CRIMINAL ORGANISATION

IS THERE A PRISIONER GRIEVANCE # (YES) NO

HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # (YES) NO

WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.

WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO, ALL ABOUT IT.

NAME OF DEFENDANTS # THIS CRIMINAL ORGANISATION

EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS

ADDRESS # AS YOU KNOW IT TOO ALL THE ADDRESSES!

STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE. US. COURT OF APPEALS, AS YOU KNOW IT TOO, ALL OF THE GROUNDS FACTS AND EVERYTHING, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, WASHINGTON D.C AND PENSYLVANIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, AND ONCE AGAIN I SEND YOU SOME REDUCED COPIES OF SOME OF MY LEGAL PAPERWORK AND SOME MEDICAL REPORTS THAT I'M STILL HAVE LEFT ON MY POSSESSION AND THIS CRIMINAL ORGANISATION HAS NOT STOLEN OR TAKEN FROM ME AS YOU KNOW IT TOO, AND ONCE AGAIN I SEND YOU THE ADDRESSES AND NAMES OF SOME OF THE PEOPLE INVOLVED ON THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON 1998, WHICH LEFT ME DISABLE OF BOTH OF MY LEGS FOR THE REST OF MY LIFE AND DISABLED, HURTED AND DAMAGED OF OTHER PARTS OF MY BODY AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE DATES AND ADDRESSES OF THE X-RAYS OF BOTH ORGAN LEGS, WHERE YOU CAN SEE THE PINS SCREWS AND METALLIC PLATES HOLDING MY BROKEN BONES ON BOTH LEGS AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE PEOPLE INVOLVED ON THAT D.U.I WARRANT, AS YOU KNOW IT TOO ALL ABOUT IT?

"HIT AND RUN"

OFFICERS
[illegible]CK HAIRER # 651
[illegible]T WELOTH # 596
[illegible]HE SANTOS # 586
[illegible]AMES GANT # 628
[illegible]O PELTER # 599
[illegible] WES PEERSON # 520

OGDEN CITY POLICE DEPT.
2186 LINCOLN AVE.
OGDEN UTAH, 84401

OGDEN POLICE DEPT
2549 WASHINGTON BLVD.
OGDEN UTAH, 84401

THE MCKAY-DEE HOSPITAL
4401 HARRISON BLVD.
OGDEN UTAH, 84403

"X-RAYS"

DELAWARE PSYCHIATRIC CENTER
1901 N. DUPONT HWY. ON 07/14/04
NEW CASTLE DE. 19720

ST. FRANCIS HOSPITAL
7TH AND CLAYTON ST.
SUITE # 506 ON 07/14/04
WILMINGTON DE. 19801

DELAWARE CORR. CENTER
1181 PADDOCK RD. ON 04/21/06
SMYRNA DE. 19977

"D.U.I WARRANT"

4TH DISTRICT COURT
125N. 100W.
PROVO UTAH 84601

PROVO CITY POLICE DEPT.
BOX 1849
PROVO UTAH, 84603

MS. ANNETTE LOVER
720S. MAIN ST.
APT # S.
LOGAN UTAH, 84321

STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE U.S. COURT OF APPEALS, AS YOU KNOW IT TOO THIS INFORMATION.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE # 03/28/07

SIGNATURE # IVAN MENDEZ

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA.
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

03/28/07

III

CRANBERRIES
(PAGE NUMBER 4 OF 16 PAGES)

PLAINTIFF # IVAN MENDEZ
S.B.I NUMBER # 453351
ADDRESS # D.C.C, 1181 PADDOCK RD. SMYRNA DE. 19977
CASE NUMBER # 318-2001

DEFENDANTS # THIS CRIMINAL ORGANISATION

LIST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # HONORABLE U.S. DEPARTMENT OF JUSTICE, AS YOU KNOW IT TOO. THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU, DELAWARE, WASHINGTON D.C. AND PENSYLVANIA. AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.

IS THERE A PRISIONER GRIEVANCE # (YES) NO

HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # (YES) NO

WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO

WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO ALL ABOUT IT

NAME OF DEFENDANTS # THIS CRIMINAL ORGANISATION

EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS

ADDRESS # AS YOU KNOW IT TOO ALL THE ADDRESSES

STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE US. DEPARTMENT OF JUSTICE, AS YOU KNOW IT TOO ALL OF THE GROUNDS FACTS AND EVERYTHING, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU, DELAWARE, WASHINGTON D.C. AND PENSYLVANIA. AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, AND ONCE AGAIN I SEND YOU SOME REDUCED COPIES OF SOME OF MY LEGAL PAPERWORK AND SOME MEDICAL REPORTS THAT I'M STILL HAVING LEFT ON MY POSSESSION AND THIS CRIMINAL ORGANISATION HAS NOT STOLEN OR TAKEN FROM ME, AS YOU KNOW IT TOO, AND ONCE AGAIN I SEND YOU THE ADDRESSES AND NAMES OF SOME OF THE PEOPLE INVOLVED ON THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON 1998, WHICH LEFT ME DISABLE OF BOTH OF MY LEGS FOR THE REST OF MY LIFE AND DISABLED HURTED AND DAMAGED OF OTHER PARTS OF MY BODY, AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE DATES AND ADDRESSES OF THE X-RAYS OF BOTH OF MY LEGS WHERE YOU CAN SEE THE PINS, SCREWS AND METALLIC PLATES, HOLDING MY BROKEN BONES ON BOTH LEGS AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE DATES AND ADDRESSES OF THE PEOPLE INVOLVED ON THAT D.U.I WARRANT AS YOU KNOW IT TOO ALL ABOUT IT.

"HIT AND RUN"
OFFICERS
[illegible]ICK HALTER # 651
[illegible]RT WELOTH # 596
[illegible]IKE SANTOS # 586
[illegible]AMES GENT # 628
[illegible]ED FELTER # 589
[illegible]T WES PETERSON # 520

OGDEN CITY POLICE DEPT.
2186 LINCOLN AVE.
OGDEN UTAH, 84401

OGDEN POLICE DEPT.
2549 WASHINGTON BLVD.
OGDEN UTAH, 84401

THE MCKAY-DEE HOSPITAL
4401 HARRISON BLVD.
OGDEN UTAH, 84403

"X-RAYS"
DELAWARE PSYCHIATRIC CENTER
1901 N. DUPONT HWY. ON 07/14/04
NEW CASTLE DE. 19720

ST. FRANCIS HOSPITAL
7TH. AND CLAYTON ST. ON 07/14/04
SUITE # 506
WILMINGTON DE. 19801

DELAWARE CORR. CENTER
1181 PADDOCK RD. ON 04/21/06
SMYRNA DE. 19977

"D.U.I WARRANT"
4TH. DISTRICT COURT
125 N. 100W.
PROVO UTAH, 84601

PROVO CITY POLICE DEPT.
BOX 1849
PROVO UTAH, 84603

MS. ANNETTE LOPEZ
720 S. MAIN ST.
APT. # 5
LOGAN UTAH, 84321

STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE U.S. DEPARTMENT OF JUSTICE, AS YOU KNOW IT TOO THIS INFORMATION.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE # 03/28/07

SIGNATURE # IVAN MENDEZ

US. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
FORM TO BE USED BY A PRISIONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

DIXIE CHICKS

(PAGE NUMBER 5 OF 16 PAGES)

03/28/07

V

PLAINTIFF # IVAN MENDEZ
S.B.I NUMBER # [redacted]453351
ADDRESS # D.C.C. 1181 PADDOCK RD. SMYRNA DE. 19977
CASE NUMBER # 518-2001
DEFENDANTS # THIS CRIMINAL ORGANISATION

1ST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # HONORABLE, US. SUPREME COURT. AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, WASHINGTON D.C. AND PENSYLVANIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.

IS THERE A PRISIONER GRIEVANCE # (YES) NO

HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # (YES) NO

WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO

WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO ALL ABOUT IT

NAME OF DEFENDANTS # THIS CRIMINAL ORGANISATION

EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS

ADDRESS # AS YOU KNOW IT TOO ALL THE ADDRESSES.

STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE US. SUPREME COURT, AS YOU KNOW IT TOO, ALL OF THE GROUNDS. FACTS AND EVERYTHING, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, WASHINGTON D.C. AND PENSYLVANIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS AND ONCE AGAIN I SEND YOU SOME REDUCED COPIES OF SOME OF MY LEGAL PAPER WORK AND SOME MEDICAL REPORTS THAT I'M STILL HAVING LEFT ON MY POSSESSION AND THIS CRIMINAL ORGANISATION HAS NOT STOLEN OR TAKEN FROM ME AS YOU KNOW IT TOO, AND ONCE AGAIN I SEND YOU THE ADDRESSES AND NAMES OF SOME OF THE PEOPLE INVOLVED ON THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON 1998 WHICH LEFT ME DISABLE OF BOTH OF MY LEGS FOR THE REST OF MY LIFE AND DISABLED, HURTED AND DAMAGED OF OTHER PARTS OF MY BODY AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE X-RAYS OF BOTH OF MY LEGS WHERE YOU CAN SEE THE RODS, SCREWS AND METALLIC PLATES HOLDING MY BROKEN BONES ON BOTH LEGS AS YOU KNOW IT TOO ALL ABOUT IT AND I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE PEOPLE INVOLVED ON THAT D.U.I WARRANT AS YOU KNOW IT TOO ALL ABOUT IT:

"HIT AND RUN":

OFFICERS
[..]ICK WALTER # 251
[..]T WELOTH # 596
[M]IKE SANTOS # 586
[J]AMES GOUT # 628
[..] PETER # 599
[..]T. WES PETERSON # 520

OGDEN CITY POLICE DEPT.
2186 LINCOLN AVE.
OGDEN UTAH, 84401

OGDEN POLICE DEPT.
2549 WASHINGTON BLVD.
OGDEN UTAH, 84401

THE MCKAY-DEE-HOSPITAL
4401 HARRISON BLVD.
OGDEN UTAH, 84403

"X-RAYS":

DELAWARE PSYCHIATRIC CENTER
1901 N. DUPONT HWY
NEW CASTLE DE, 19720
ON 07/14/04

ST. FRANCIS HOSPITAL
7TH AND CLAYTON ST.
SUITE #506
WILMINGTON DE. 19801
ON 07/14/04

DELAWARE CORR. CENTER
1181 PADDOCK RD.
SMYRNA DE. 19977
ON 04/21/06

"D.U.I WARRANT":

4TH. DISTRICT COURT
125 N. 100W.
PROVO UTAH, 84601

PROVO CITY POLICE DEPT.
BOX 1849
PROVO UTAH, 84603

MS. ANNETTE LOPEZ
720 S. MAIN ST.
APT. #5
LOGAN UTAH, 84321

STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE, US. SUPREME COURT, AS YOU KNOW IT TOO, THIS INFORMATION!

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE # 03/28/07

SIGNATURE # IVAN MENDEZ

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

03/28/07

VI

ELTON ZHON

PLAINTIFF # IVAN MENDEZ (PAGE NUMBER 6 OF 16 PAGES)
S.B.I NUMBER # 453355
ADDRESS # D.C.C, 1181 PADDOCK RD. SMYRNA DE. 19977
CASE NUMBER # 318-2001
DEFENDANTS # THIS CRIMINAL ORGANISATION

1ST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # HONORABLE, U.S. COURT OF FEDERAL CLAIMS, AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, WASHINGTON D.C AND PENSYLVANIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.

IS THERE A PRISONER GRIEVANCE # (YES) NO

HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # (YES) NO

- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO
- WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO ALL ABOUT IT
- NAME OF DEFENDANTS # THIS CRIMINAL ORGANISATION
- EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS
- ADDRESS # AS YOU KNOW IT TOO ALL THE ADDRESSES

- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE, U.S. COURT OF FEDERAL CLAIMS, AS YOU KNOW IT TOO ALL THE GROUNDS FACTS AND EVERYTHING, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU, DELAWARE, WASHINGTON D.C AND PENSYLVANIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, AND ONCE AGAIN I SEND YOU SOME REDACTED COPIES OF SOME OF MY LEGAL PAPERWORK AND SOME MEDICAL REPORTS THAT I'M STILL HAVING LEFT ON MY POSSESSION AND THIS CRIMINAL ORGANISATION HAS NOT STOLEN OR TAKEN FROM ME AS YOU KNOW IT TOO, AND ONCE AGAIN I SEND YOU THE ADDRESSES [redacted] AND NAMES OF SOME OF THE PEOPLE INVOLVED ON THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON 1998 WHICH LEFT ME DISABLE OF BOTH OF MY LEGS FOR THE REST OF MY LIFE AND DISABLED HURTED AND DAMAGED OF OTHER PARTS OF MY BODY AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE X-RAYS OF BOTH OF MY LEGS WHERE YOU CAN SEE THE PINS, SCREWS AND METALLIC PLATES HOLDING MY BROKEN BONES ON BOTH LEGS AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE PEOPLE INVOLVED ON THAT D.U.I WARRANT AS YOU KNOW IT TOO ALL ABOUT IT ##

| "HIT AND RUN" | "X-RAYS" | "D.U.I WARRANT" |
|---|---|---|
| OFFICERS: RICK HALTER # 651, ART WELOTH # 596, MIKE SANTOS # 586, JAMES GENT # 628, LEN PETER # 599, SGT. WES PETERSON # 520 | DELAWARE PSYCHIATRIC CENTER, 1901 N. DUPONT HWY. NEW CASTLE DE. 19720 ON 07/14/04 | 4TH DISTRICT COURT, 125 N. 100W. PROVO UTAH, 84601 |
| OGDEN CITY POLICE DEPT. 2186 LINCOLN AVE. OGDEN UTAH, 84401 | ST. FRANCIS HOSPITAL, 7TH AND CLAYTON ST. SUITE # 506 WILMINGTON DE. 19801 ON 07/14/04 | PROVO CITY POLICE DEPT. BOX 1849 PROVO UTAH, 84603 |
| OGDEN POLICE DEPT. 2549 WASHINGTON BLVD. OGDEN UTAH, 84401 | DELAWARE CORR. CENTER, 1181 PADDOCK RD. SMYRNA DE. 19977 ON 04/21/06 | MS. ANNETTE LOPEZ, 720 S. MAIN ST. APT. # 5 LOGAN UTAH, 84321 |
| THE MCKAY-DEE HOSPITAL, 4401 HARRISON BLVD. OGDEN UTAH, 84403 | | |

- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE, U.S. COURT OF FEDERAL CLAIMS, AS YOU KNOW IT TOO THIS INFORMATION,

- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

- DATE # 03/28/07

- SIGNATURE # IVAN MENDEZ

US. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
FORM TO BE USED BY A PRISIONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983.

FREDDIE MERCURY

03/28/07
VIII

. PLAINTIFF # IVAN MENDEZ (PAGE NUMBER 7 OF 16 PAGES)
S.B.I NUMBER # 453551
ADDRESS # D.C.C, 1181 PADDOCK RD. SMYRNA DE. 19977
. CASE NUMBER # 318-2001
DEFENDANTS # THIS CRIMINAL ORGANISATION
. 1ST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # HONORABLE, HUMAN RIGHTS WATCH, AS YOU KNOW IT TOO THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU DELAWARE, WASHINGTON D.C AND PENSYLVANIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
IS THERE A PRISIONER GRIEVANCE # (YES) NO
. HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # (YES) NO
WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO
. WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO ALL ABOUT IT
NAME OF DEFENDANTS # THIS CRIMINAL ORGANISATION
. EMPLOYED AS A # AS YOU KNOW IT TOO, THEIR JOBS AND POSITIONS
. ADDRESS # AS YOU KNOW IT TOO ALL THE ADDRESSES
. STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE, HUMAN RIGHTS WATCH, AS YOU KNOW IT TOO, ALL OF THE GROUNDS, FACTS AND EVERYTHING, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU DELAWARE, WASHINGTON D.C AND PENSYLVANIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS AND ONCE AGAIN I SEND YOU SOME REDUCTED COPIES OF SOME OF MY LEGAL PAPERWORK AND SOME MEDICAL REPORTS THAT I'M STILL HAVING LEFT ON MY POSSESSION AND THIS CRIMINAL ORGANISATION · HAS NOT STOLEN OR TAKEN FROM ME, AS YOU KNOW IT TOO AND ONCE AGAIN I SEND YOU THE ADDRESSES AND NAMES OF SOME OF THE PEOPLE INVOLVED ON THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON 1998, WHICH LEFT ME DISABLE OF BOTH OF MY LEGS FOR THE REST OF MY LIFE AND DISABLED, HURTED AND DAMAGED OF OTHER PARTS OF MY BODY AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE DATES AND ADDRESSES OF THE X-RAYS OF BOTH OF MY LEGS, WHERE YOU CAN SEE THE PINS, SCREWS AND METALLIC PARTS HOLDING MY BROKEN BONES ON BOTH LEGS AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE PEOPLE INVOLVED ON THAT D.U.I WARRANT, AS YOU KNOW IT TOO ALL ABOUT IT#

"HIT AND RUN"

OFFICERS
[illegible]RICK HAITER # CSI
[illegible]RT WELOTH # 596
[illegible]E SANTOS # 586
[illegible]AMES RENT # C28
[illegible] PEITER # 599
[illegible]T. WES PETERSON #520

OGDEN CITY POLICE DEPT.
2186 LINCOLN AVE.
OGDEN UTAH, 84401

OGDEN POLICE DEPT.
2549 WASHINGTON BLVD.
OGDEN UTAH, 84401

THE MCKAY-DEE HOSPITAL
4401 HARRISON BLVD.
OGDEN UTAH, 84403

"X-RAYS"

DELAWARE PSYCHIATRIC CENTER
1901 N. DUPONT HWY. ON 07/14/04
NEW CASTLE DE. 19720

ST. FRANCIS HOSPITAL
7TH AND CLAYTON ST. ON 07/14/04
SUITE #506
WILMINGTON DE. 19801

DELAWARE CORR. CENTER
1181 PADDOCK RD. ON 04/21/06
SMYRNA DE. 19977

"D.U.I WARRANT"

4TH DISTRICT COURT
125 N. 100W.
PROVO UTAH, 84601

PROVO CITY POLICE DEPT.
BOX 1849
PROVO UTAH, 84603

MS. ANNETTE LOPEZ
720 S. MAIN ST.
APT. #5
LOGAN UTAH, 84321

- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE HUMAN RIGHTS WATCH, AS YOU KNOW IT TOO THIS INFORMATION.

. I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

[illegible]- DATE # 03/28/07

[illegible]- SIGNATURE # IVAN MENDEZ

US. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

03/28/07

VIII

GARY OSMOND

(PAGE NUMBER 8 OF 16 PAGES)

PLAINTIFF # IVAN MENDEZ
S.B.I NUMBER # 453351
ADDRESS # D.C.C, 1181 PADDOCK RD. SMYRNA DE. 19977
CASE NUMBER # 318-2001

DEFENDANTS # THIS CRIMINAL ORGANISATION

LIST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # HONORABLE A.C.L.U PRISON PROJECT, AS YOU KNOW IT TOO, THIS INFORMATION, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU, DELAWARE, WASHINGTON D.C, AND PENSYLVANIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.

IS THERE A PRISONER GRIEVANCE # (YES) NO

HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # (YES) NO

WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO

- WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO, ALL ABOUT IT

NAME OF DEFENDANTS # THIS CRIMINAL ORGANISATION

EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS

ADDRESS # AS YOU KNOW IT TOO ALL THE ADDRESSES.

- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE, A.C.L.U. PRISON PROJECT, AS YOU KNOW IT TOO, ALL OF THE GROUNDS, FACTS AND EVERYTHING WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU DELAWARE, WASHINGTON D.C, AND PENSYLVANIA, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS, WAITING FOR THOSE ANSWERS, AND ONCE AGAIN I SEND YOU SOME REDUCTED COPIES OF SOME OF MY LEGAL PAPERWORK AND SOME MEDICAL REPORTS THAT I'M STILL HAVING LEFT ON MY POSSESSION AND THIS CRIMINAL ORGANISATION HAS NOT STOLEN OR TAKEN FROM ME AS YOU KNOW IT TOO, AND ONCE AGAIN I SEND YOU THE ADDRESSES AND NAMES OF SOME OF THE PEOPLE INVOLVED ON THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON 1995, WHICH LEFT ME DISABLE OF BOTH OF MY LEGS FOR THE REST OF MY LIFE AND DISABLED HURTED AND DAMAGED OF OTHER PARTS OF MY BODY AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE X-RAYS OF BOTH OF MY LEGS, WHERE YOU CAN SEE THE PINS, SCREWS AND METALLIC PLATES HOLDING MY BROKEN BONES ON BOTH LEGS AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE PEOPLE INVOLVED ON THAT D.U.I WARRANT AS YOU KNOW IT TOO ALL ABOUT IT.

"HIT AND RUN"

OFFICERS
ICK WALTER # 631
T WELOTH # 596
KE SANTOS # 586
AMES GENT # 628
IN PETER # 599
WES PETERSON # 520

OGDEN CITY POLICE DEPT.
2186 LINCOLN AVE.
OGDEN UTAH, 84401

OGDEN POLICE DEPT.
2549 WASHINGTON BLVD.
OGDEN UTAH, 84401

THE MCKAY-DEE HOSPITAL
4401 HARRISON BLVD.
OGDEN UTAH, 84403

"X-RAYS"

DELAWARE PSYCHIATRIC CENTER
1901 N. DUPONT HWY. ON 07/14/04
NEW CASTLE DE. 19720

ST. FRANCIS HOSPITAL
7TH AND CLAYTON ST.
SUITE # 506 ON 07/14/04
WILMINGTON DE 19801

DELAWARE CORR. CENTER
1181 PADDOCK RD. ON 04/21/06
SMYRNA RD. 19977

"D.U.I WARRANT"

4TH DISTRICT COURT
125 N. 100 W.
PROVO UTAH, 84601

PROVO CITY POLICE DEPT.
BOX 1849
PROVO UTAH, 84603

MS. ANNETTE LOPEZ
720 S. MAIN ST.
APT. # 5
LOGAN UTAH, 84321

- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE, A.C.L.U, PRISON PROJECT, AS YOU KNOW IT TOO, THIS INFORMATION

- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

- DATE # 03/28/07

- SIGNATURE # IVAN MENDEZ

US. DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
FORM TO BE USED BY A PRISIONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

03/28/07

IX

HALLOWEEN

PLAINTIFF # IVAN MENDEZ (PAGE NUMBER 9 OF 18 PAGES)
S.B.I NUMBER # 453351
ADDRESS # D.C.C. 1181 PADDOCK RD. SMYRNA DE. 19977
CASE NUMBER # 318-2001
DEFENDANTS # THIS CRIMINAL ORGANISATION.

1ST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # HONORABLE, US. DISTRICT COURT, AS YOU KNOW IT TOO THIS INFORMATION WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU, PENSYLVANIA, DELAWARE AND WASHINGTON D.C, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.

IS THERE A PRISIONER GRIEVANCE # (YES) NO

HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # (YES) NO

WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO.

- WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO ALL ABOUT IT

NAME OF DEFENDANTS # THIS CRIMINAL ORGANISATION

EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS

ADDRESS # AS YOU KNOW IT TOO ALL THE ADDRESSES

STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE US DISTRICT COURT, AS YOU KNOW IT TOO, ALL OF THE GROUNDS, FACTS AND EVERYTHING WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, PENSYLVANIA, DELAWARE AND WASHINGTON D.C, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, AND ONCE AGAIN I SEND YOU SOME REQUESTED COPIES OF SOME OF MY LEGAL PAPERWORK AND SOME MEDICAL REPORTS THAT I'M STILL HAVING LEFT ON MY POSSESSION AND THIS CRIMINAL ORGANISATION HAS NOT STOLEN OR TAKEN FROM ME AS YOU KNOW IT TOO, AND ONCE AGAIN I SEND YOU THE NAMES AND ADDRESSES OF SOME OF THE PEOPLE INVOLVED ON THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON 1998, WHICH LEFT ME DISABLE OF BOTH OF MY LEGS AND THE REST OF MY LIFE AND DISABLED, HURTED AND DAMAGED OF OTHER PARTS OF MY BODY, AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE DATES AND ADDRESSES OF THE X-RAYS OF BOTH OF MY LEGS WHERE YOU CAN SEE THE PINS, SCREWS AND METALLIC PLATES HOLDING MY BROKEN BONES ON BOTH LEGS AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE PEOPLE INVOLVED ON THAT D.U.I WARRANT AS YOU KNOW IT TOO ALL ABOUT IT.

"HIT AND RUN"

OFFICERS:
RICK WAITER # 651
ART WELOTH # 896
MIKE SANTOS # 886
JAMES GENT # 628
KEN FELTER # 899
T. WES PETERSON # 520

OGDEN CITY POLICE DEPT.
2186 LINCOLN AVE.
OGDEN UTAH, 84401

OGDEN POLICE DEPT.
2549 WASHINGTON BLVD.
OGDEN UTAH, 84401

THE MCKAY-DEE HOSPITAL
4401 HARRISON BLVD.
OGDEN UTAH, 84403

"X-RAYS"

DELAWARE PSYCHIATRIC CENTER
1901 N. DUPONT HWY. ON 07/14/04
NEW CASTLE DE. 19720

ST. FRANCIS HOSPITAL
7TH AND CLAYTON ST.
SUITE # 506 ON 07/14/04
WILMINGTON DE. 19801

DELAWARE CORR. CENTER
1181 PADDOCK RD. ON 04/21/06
SMYRNA DE. 19977

"D.U.I WARRANT"

4TH DISTRICT COURT
125 N. 100 W.
PROVO UTAH, 84601

PROVO CITY POLICE DEPT.
BOX 1849
PROVO UTAH, 84603

MS. ANNETTE LOPEZ
720 S. MAIN ST.
APT. # S
LOGAN UTAH 84321

- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE US. DISTRICT COURT, AS YOU KNOW IT TOO THIS INFORMATION.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

- DATE # 03/28/07

- SIGNATURE # IVAN MENDEZ

U.S. DISTRICT COURT
FOR THE DISTRICT OF PENSYLVANIA
FORM TO BE USED BY A PRISONER IN FILLING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT 42 USC 1983

03/28/07

X

IRON BUTTERFLY

(PAGE NUMBER 10 OF 16 PAGES)

- PLAINTIFF # IVAN MENDEZ
- S.B.I NUMBER # 453351
- ADDRESS # D.C.C. 1181 PADDOCK RD. SMYRNA DE. 19977
- CASE NUMBER # 318-2004
- DEFENDANTS # THIS CRIMINAL ORGANISATION
- LIST CAPTION AND CASE NUMBER OF YOUR OTHER LAWSUITS # HONORABLE U.S. DISTRICT COURT. AS YOU KNOW IT TOO THIS INFORMATION WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS, FROM YOU, WASHINGTON D.C, PENSYLVANIA AND DELAWARE, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO, THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS.
- IS THERE A PRISONER GRIEVANCE # (YES) NO
- HAVE YOU EXHAUSTED YOUR ADMINISTRATIVE REMEDIES # (YES) NO
- WHAT STEPS DID YOU TAKE # THE LEGAL STEPS AS YOU KNOW IT TOO
- WHAT WAS THE RESULT # NEGATIVE AS YOU KNOW IT TOO ALL ABOUT IT
- NAME OF DEFENDANTS # THIS CRIMINAL ORGANISATION
- EMPLOYED AS A # AS YOU KNOW IT TOO THEIR JOBS AND POSITIONS
- ADDRESS # AS YOU KNOW IT TOO ALL THE ADDRESSES
- STATE BRIEFLY THE FACTS OF YOUR CASE # HONORABLE U.S. DISTRICT COURT. AS YOU KNOW IT TOO ALL THE GROUNDS, FACTS AND EVERYTHING, WHICH IN MATTER OF FACT I'M STILL WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, PENSYLVANIA, AND WASHINGTON D.C, AS YOU KNOW IT TOO, SAME AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THOSE ANSWERS, AND ONCE AGAIN I SEND YOU SOME REDUCTED COPIES OF SOME OF MY LEGAL PAPERWORK AND SOME MEDICAL REPORTS THAT I'M STILL HAVING LEFT ON MY POSSESSION AND THIS CRIMINAL ORGANISATION HAS NOT STOLEN OR TAKEN FROM ME AS YOU KNOW IT TOO, AND ONCE AGAIN I SEND YOU THE ADDRESSES AND NAMES OF SOME OF THE PEOPLE INVOLVED ON THAT NASTY HIT AND RUN OF WHICH I HAVE BEEN VICTIM BACK ON 1998, WHICH LEFT ME DISABLE OF BOTH OF MY LEGS FOR THE REST OF MY LIFE AND DISABLED HURTED AND DAMAGED OF OTHER PARTS OF MY BODY AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE X-RAYS OF BOTH OF MY LEGS WHERE YOU CAN SEE, THE PINS, SCREWS AND METAL PLATES HOLDING MY BROKEN BONES ON BOTH LEGS AS YOU KNOW IT TOO ALL ABOUT IT, AND I SEND YOU ONCE AGAIN THE NAMES AND ADDRESSES OF THE PEOPLE INVOLVED ON THAT D.U.I WARRANT AS YOU KNOW IT TOO ALL ABOUT IT.

"HIT AND RUN"

OFFICERS
[...]ICK HAITER # 631
[...]TWILOTH # 59C
[...]HE SANTOS # 586
[...]MES GANT # 628
[...]D PEIFER #599
[...]. WES PETERSON #520

OGDEN CITY POLICE DEPT.
2186 LINCOLN AVE
OGDEN UTAH, 84401

OGDEN POLICE DEPT.
2549 WASHINGTON BLVD.
OGDEN UTAH, 84401

THE MCKAYDEE HOSPITAL
4401 HARRISON BLVD.
OGDEN UTAH, 84403

"X-RAYS"

DELAWARE PSYCHIATRIC CENTER
1901 N. DUPONT HWY. ON 07/14/04
NEW CASTLE DE. 19720

ST. FRANCIS HOSPITAL
7TH AND CLAYTON ST.
SUITE # 506 ON 07/14/04
WILMINGTON DE. 19801

DELAWARE CORR. CENTER
1181 PADDOCK RD. ON 04/21/06
SMYRNA DE. 19977

"D.U.I WARRANT"

4TH DISTRICT COURT
125 N. 100 W.
PROVO UTAH, 84601

PROVO CITY POLICE DEPT.
BOX 1849
PROVO UTAH, 84603

MS. ANNETTE LOPEZ
720 S. MAIN ST.
APT. #5
LOGAN UTAH, 84321

- STATE BRIEFLY WHAT YOU WANT THE COURTS DO FOR YOU # HONORABLE, U.S. DISTRICT COURT, AS YOU KNOW IT TOO THIS INFORMATION.

- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE # 03/28/07

- SIGNATURE # IVAN MENDEZ

ZIM MORRISON
(PAGE NUMBER 10 OF 16 PAGES)

03/28/07
XI

EXHIBIT B AFFIDAVIT OF PROBABLE CAUSE

(3). - THE VICTIM ADVISED SHE HAD JUST BEEN STABBED BY A WHITE MALE, (4). THE VICTIM COULD ONLY DESCRIBE THE SUSPECT AS A WHITE MALE, WITH A THICK BLACK MUSTACHE, WEARING A BLACK HAT, (9). - THE SUSPECT TOOK HER PROPERTY AND FLED.

EXHIBIT B STATEMENT OF PROBABLE CAUSE - (CONTINUED)

(2). W/2 PAT BROCKWAY, DESCRIBE THE SUSPECT, AS A WHITE MALE.

INITIAL CRIME REPORT

REPORT DATE: 12/21/00), SUSPECT/DEFENDANT INFORMATION: ((SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC), (FACIAL HAIR: THICK MUSTACHE), (ARMED WITH: ILLEGAL CUTTING INSTRUMENT).

SUPPLEMENTAL REPORT #1

ORIGINAL SUSPECT/DEFENDANT INFORMATION: ((SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC), (FACIAL HAIR: THICK MUSTACHE).
MODIFIED SUSPECT/DEFENDANT INFORMATION: ((SEX: MALE), (RACE: WHITE) (ETHNIC ORIGIN: HISPANIC), (RESIDENT STATUS: NON-RESIDENT), (FACIAL HAIR: THICK MUSTACHE), (ARMED WITH: ILLEGAL CUTTING INSTRUMENT).

SUPPLEMENTAL REPORT #2

ORIGINAL SUSPECT/DEFENDANT INFORMATION: ((SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC), (FACIAL HAIR: THICK MUSTACHE).
ORIGINAL SUSPECT/DEFENDANT INFORMATION: ((SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: HISPANIC), (FACIAL HAIR: THICK MUSTACHE).
MODIFIED SUSPECT/DEFENDANT INFORMATION: (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: HISPANIC), (FACIAL HAIR: THICK MUSTACHE), (RESIDENT STATUS: NON-RESIDENT), (ARMED WITH: ILLEGAL CUTTING INSTRUMENT).

SUPPLEMENTAL REPORT #3

ORIGINAL SUSPECT/DEFENDANT INFORMATION: (SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: NON-HISPANIC), (FACIAL HAIR: THICK MUSTACHE).

INITIAL CRIME REPORT

REPORT DATE: 12/25/2000), SUSPECT/DEFENDANT INFORMATION: ((SEX: MALE), (RACE: WHITE), (ETHNIC ORIGIN: HISPANIC), (FACIAL HAIR: THICK MUSTACHE), (RESIDENT STATUS: NON-RESIDENT), (ARMED WITH: UNARMED).

STATEMENTS OF WITNESSES

STATEMENT OF WITNESS 002 - PAT BROCKWAY: (PAT BROCKWAY: OBSERVED A WHITE MALE).

CRIMES AND ASSOCIATED INFORMATION

INVESTIGATIVE NARRATIVE: (THE ONLY DESCRIPTION OF THE SUSPECT WAS A WHITE MALE WITH A BLACK HAT).

INVESTIGATIVE NARRATIVE CONTINUED

STATEMENT OF VICTIM 001 - LATISHA REED: (THE VICTIM DESCRIBED THE SUSPECT AS A WHITE MALE WITH A THICK BLACK MUSTACHE, THE ONLY CLOTHING DESCRIPTION THE VICTIM COULD OFFER WAS A BLACK KNIT HAT ON HIS HEAD, THE SUSPECT TOOK HER PROPERTY AND FLED).

SUPPLEMENTAL REPORT #3

INVESTIGATIVE NARRATIVE: (I ASKED THE VICTIM, IF SHE HAD SEEN THE SUSPECT, AND SHE STATED THAT SHE DID NOT GET A VERY GOOD LOOK AT HIM, THE VICTIM STATED THAT SHE DID KNOW THAT THE SUSPECT WAS A WHITE MALE).

U.S. DISTRICT COURT, ANSWER

REED, DESCRIBED THE ROBBER AS A WHITE MAN.

~~CLIENT~~ TRANSCRIPTS OF PROCEEDINGS FOR GUILTY PLEA

LATISHA REED, THE VICTIM DESCRIBED HIM AS A WHITE MALE.

TRANSCRIPTS OF PROCEEDINGS FOR NATURE OF DEFENSE AT TRIAL

SHE FURTHER DESCRIBE HIM AS A WHITE MALE.

TRANSCRIPTS OF PROCEEDINGS FOR SENTENCING

SHE DESCRIBES HIM AS A WHITE MALE.

(PLEASE TURN PAGE TO PAGE NUMBER:

03/28/07

XII

TRANSCRIPTS OF PROCEEDINGS FOR GUILTY PLEA

[THE] COURT: VERY WELL, I HAVE HAD THE OPPORTUNITY TO OBSERVE MR. MENDEZ,

TRANSCRIPTS OF PROCEEDINGS FOR NATURE OF DEFENSE AT TRIAL

[JUDGE] STOKES, OBSERVATION OF THE DEFENDANT.

TRANSCRIPTS OF PROCEEDINGS FOR SENTENCING

[M]S. SMYTHE: MR. MENDEZ IS INITIALLY FROM MEXICO, ARE NOT IF THIS COURT IS AWARE THERE IS A SPANISH COMMUNITY IN WILMINGTON, THE COURT: HOWEVER IT LOOKS LIKE [TH]ERE IS THE LIKELIHOOD, HE IS GOING TO BE DEPORTED MS. TSANTES: BY THE TIME HE FINISHES THE LEVEL 5 TIME THE I.N.S IS GOING TO DEPORT HIM IT APPEARS MR. MEN[DEZ] HAS COME AND GONE PRETTY FREELY BETWEEN MEXICO AND UNITED STATES, THE COURT: I HAVE OBSERVED THE DEFENDANT, AND THE FACT THAT MR. MENDEZ MAY BE DEPO[RTED] [T]O MEXICO

CLIENT STATUS SHEET

[D]ATE: 12/26/00), (SEX: MALE), (RACE: WHITE), (SMT: SCAR LEFT LEG, SCAR RIGHT LEG).

CLIENT STATUS SHEET

[D]ATE: 06/18/2001), (SEX MALE), (RACE: WHITE), (SMT: SCAR LEFT LEG, SCAR RIGHT LEG).

CLIENT STATUS SHEET

[D]ATE: 06/20/2001), (SEX: MALE), (RACE: WHITE), (SMT: SCAR LEFT LEG, (SCAR RIGHT LEG).

SUPPLEMENTAL REPORT #1

[WI]TNESS INFORMATION: (NAME: NAAR DAVID), (SEX: MALE), (RACE: WHITE).

EMERGENCY ROOM SUMMARY ORIGINAL

[CH]IEF COMPLAINT: (THE PATIENT IS AN 18 YEAR OLD WHITE FEMALE).

SUPPLEMENTAL REPORT #3

[OR]IGINAL VICTIM INFORMATION: (NAME: REED LATISHA), (SEX: FEMALE), (RACE: WHITE), (ETHNIC ORGIN: NON-HISPANIC).

SUPREME COURT, ORDER

[M]ENDEZ. COUNSEL ASSERTS THAT BASED UPON A COMPLETE AND CAREFUL EXAMINATION OF THE RECORD THERE ARE NO ARGUABLY APPEALABLE ISSUES, MENDEZ DID NOT SUBMIT ANY [ISS]UES TO HIS COUNSEL, FOR THIS COURT'S CONSIDERATION, (A)-THE COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS MADE A CONSCIENTIOUS EXAMINATION OF THE RECORD AND THE LAW [FOR ARGUABL]E CLAIMS, (B)-- THE COURT MUST CONDUCT ITS OWN REVIEW OF THE RECORD AND DETERMINE IF THE APPEAL IS DEVOID, (4)- THE COURT, HAS REVIEWED THE RECORD CARE[FULL]Y AND HAS CONCLUDED THAT MENDEZ APPEAL IS DEVOID, WE ARE SATISFIED THAT MENDEZ COUNSEL HAS MADE A CONSCIENTIOUS EFFORT TO EXAMINE THE RECORD AND HAS PROP[ERLY] DETERMINED THAT MENDEZ, COULD NOT RAISE A MERITORIOUS CLAIM ON THIS APPEAL.

STATE'S RESPONSE TO RULE 26(C) BRIEF

[(A)]--THIS COURT MUST BE SATISFIED THAT DEFENSE COUNSEL HAS IN FACT MADE A CONSCIENTIOUS EXAMINATION OF THE RECORD AND LAW FOR ARGUABLE CLAIMS, (B)-- THIS COURT MUST [COND]UCT ITS OWN REVIEW OF THE RECORD AND DETERMINE THAT THE APPEAL IS DEVOID, (3)-- DEFENSE COUNSEL STATES THAT "I HAVE DILIGENTLY SEARCHED THE RECORD INCLUDING THE [COMP]LETE TRANSCRIPT AND HAVE BEEN UNABLE TO FIND ANY MERITORIOUS ISSUE TO BE RAISED ON APPEAL" (JANUARY 2, 2002 STATEMENT OF COUNSEL), MENDEZ, HAS NOT TENDERED ANY [ISSUE]S FOR REVIEW.

AS YOU KNOW IT TOO, ALL THE STATEMENTS GROUNDS AND FACTS, SO I'LL BE GLAD TO HEAR FROM YOU SOON.*

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

03/28/07

XIII

HYNYRO SHINIRO
(PAGE NUMBER 13 (OF 16 PAGES)

1. PLAINTIFF # IVAN MENDEZ
2. CASE NUMBER # 318-2001
3. DEFENDANTS # THIS CRIMINAL ORGANISATION
4. MOTION TO PROCEED IN FORMA PAUPERIS
5. COMES NOW THE # PLAINTIFF AND RESPECTFULLY REQUESTS THIS HONORABLE COURT TO ALLOW THEM TO PROCEED WITHOUT PREPAYMENTS OF COSTS FOR THE FOLLOWING REASONS : FOR ANOTHER CIVIL RIGHTS COMPLAINT.
6. SIGNATURE # IVAN MENDEZ
7. PRINTED NAME # IVAN MENDEZ
8. ADDRESS # D.C.C. 1181 PADDOCK RD. SMYRNA DE. 19977
9. HOME PHONE NUMBER # N/A
10. BUSSINES PHONE NUMBER # N/A
11. CERTIFICATE OF SERVICE
12. I CERTIFY THAT A COPY OF THE ABOVE WAS MAILED POSTAGE PREPAID ON # 03/28/07
13. TO # U.S. DISTRICT COURT
14. NAME # U.S. DISTRICT COURT
15. ADDRESS # 844 N. KING ST. LOCKBOX 18, WILMINGTON DE. 19801
16. NAME # U.S. DISTRICT COURT
17. ADDRESS # INDEPENDENCE MALL WEST, 601 MARKET ST. PHILADELPHIA PA. 19106
18. SIGNATURE # IVAN MENDEZ
19. POINTS AND AUTHORITIES
20. WRITTE THE REASONS WHY THE COURT SHOULD GRANT YOUR MOTION AND INCLUDE COURT RULES, LAWS AND CASES IF ANY THAT SUPPORT YOUR REASONS # BECAUSE AS YOU KNOW IT TOO THAT IT HAS BEEN YEARS WAITING FOR THE ANSWERS OF ALL OF MY LEGAL FORMS AND LETTERS FROM YOU, DELAWARE, WASHINGTON D.C, AND PENSYLVANIA

21. SIGNATURE # IVAN MENDEZ

U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
APPLICATION TO PROCEED WITHOUT
PREPAYMENTS OF FEES AND AFFIDAVIT

03/28/07

XIV

METALLICA
(PAGE NUMBER 14 OF 16 PAGES)

1- PLAINTIFF# IVAN MENDEZ
2 CASE NUMBER # 318-2001
3- DEFENDANTS # THIS CRIMINAL ORGANISATION
4. I AM THE PLAINTIFF UNDER 28 USC 1915 I'M UNABLE TO PAY THE COSTS OF THIS COMPLAINT.
5. ARE YOU CURRENTLY INCARCERATED # (YES) NO
6. IF YES GIVE THE PLACE OF YOUR INCARCERATION # S.C.I. IN GEORGETOWN DE.
7. ARE YOU EMPLOYED AT THE INSTITUTION # YES (NO)
8. DO YOU RECEIVE ANY PAYMENT FROM THE INSTITUTION # YES (NO)
9. ARE YOU CURRENTLY EMPLOYED # YES (NO)
10- NAME AND ADDRESS OF EMPLOYER # MR. SAMMY CONGO. AT CONGO FUNERAL HOME. 2901 W. 2ND ST. WILMINGTON DE. 19805
11- TOTAL MONTHLY AMOUNT OF SALARY # $ 1,600 OR 2,000
12. DATE LAST EMPLOYED # OCT. OR NOV. OF 2000
13- TOTAL AMOUNT OF SALARY LAST RECEIVED # $ 1,600 OR 2,000
14- HAVE YOU RECEIVED ANY MONEY WITHIN THE LAST 12 MONTHS # YES (NO)
15- IF YES DESCRIBE EACH SOURCE OF MONEY #
16- DO YOU HAVE CASH CHECKINGS OR SAVINGS ACCOUNT # YES (NO)
17- IF YES STATE THE TOTAL AMOUNT #
18- DO YOU OWN ANY VALUABLE PROPERTY # YES (NO)
19- IF YES DESCRIBE THE PROPERTY AND HIS VALUE #
20- LIST THE PERSONS DEPENDANT ON YOU FOR SUPPORT # MY BELOVED FAMILY AND SOME RELATIVES.
21- I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.
22. DATE # 03/28/07
23- SIGNATURE # IVAN MENDEZ

03/28/07

XV

GENERAL REQUEST FORM

(NEIL DIAMOND
PAGE NUMBER 15 OF 16 PAGES)

BLDG # S.H.U #18
CELL # BL-3

THIS ARE THE FORMS THAT I NEED #
(42 USC 1983) TWENTY CIVIL RIGHTS COMPLAINTS FORMS.
(28 USC 2254) TWENTY HABEAS CORPUS PETITIONS.
(148 200) TWENTY REQUESTS FOR MEDICAL RECORDS FORMS.
(TWENTY APPLICATIONS IN FORMA PAUPERIS)
(TWENTY APPLICATIONS WITHOUT PREPAYMENTS OF FEES)
(ALL THE PAPER AND INK PENS, THAT YOU MAY WANT TO DONATE TO ME)

THANK'S AND GOD BLESS YOU

NAME # IVAN MENDEZ S.B.I # 453351 DATE # 03/28/07
DATE RECEIVED # COPY TO LOG #
DATE SENT # STAFF INITIALS #
STAFF NOTES #

D.C.C.

INMATE REQUEST FOR CERTIFIED TRUST FUND ACCOUNT STATEMENT OF PRIOR SIX MONTHS PERIOD

03/28/07

XVI

OZZY OSBOURNE
(PAGE NUMBER 16 OF 16 PAGES)

TO: MRS. TONYA SMITH
SUPPORT SERVICES MANAGER
D.C.C.
SMYRNA DE. 19977

DATE# 03/28/07

From# IVAN MENDEZ
INMATE NAME

453351
S.B.I #

I HEREBY CERTIFY

PURSUANT TO PRISON LITIGATION REFORM ACT 28 USC 1915 (A)(2) EFFECTIVE APRIL 26 1996. I'M REQUESTING A CERTIFIED STATEMENT OF MY INST. TRUST FUND ACCOUNT FOR PREVIOUS SIX MONTHS PERIOD.

IVAN MENDEZ
SIGNATURE

28 USC 1746 AND 18 USC 1621

03/28/07

AO 240 (Rev 10/03)
DELAWARE (Rev 5/06)

(PITT BRAD)
(EXTRA PAGE NUMBER 16 A OF 16 PAGES) XVI A

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

IVAN MENDEZ
Plaintiff
v.
PENSYLVANIA STATE
Defendant(s)

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

CASE NUMBER: 06-794 JJF

I, Plaintiff declare that I am the (check appropriate box)

☒ Petitioner/Plaintiff/Movant ☐ Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to Question 2)

   If "YES" state the place of your incarceration S.C.I. IN GEORGETOWN DE.

   **Inmate Identification Number (Required):** 453351

   Are you employed at the institution? NO Do you receive any payment from the institution? NO

   ***Attach a ledger sheet from the institution of your incarceration detailing all transactions over the past six months.***

2. Are you currently employed? ☐ Yes ☒ No

   a. If the answer is "YES" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   DATE LAST EMPLOYED OCT. OR NOV. 2000 MR. SAMMY CONGO AT CONGO FUNERAL HOME, 2901 W. 2ND ST WILMINGTON DE. 19805, $1,600 OR $2,000

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
| b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
| c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
| d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
| e. | Gifts or inheritances | ☐ Yes | ☒ No |
| f. | Any other sources | ☐ Yes | ☒ No |

If the answer to any of the above is "YES" describe each source of money and state the amount received *AND* what you expect you will continue to receive.

03/28/07

XVIB

(EXTRA PAGE NUMBER 16 B OF 16 PAGES) Queen

AO 240 Reverse (Rev 10/03)
DELAWARE (Rev 5/06)

4. Do you have any cash or checking or savings accounts? ☐ Yes ☒ No

If "Yes" state the total amount $______________________

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?

☐ Yes ☒ No

If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support, *OR* state *NONE* if applicable.
My loved friends and some relatives

I declare under penalty of perjury that the above information is true and correct.

03/28/07 — DATE

Ivan Mendez — SIGNATURE OF APPLICANT

**NOTE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

I/M IVAN MENDEZ
SBI# 453351 UNIT S. H.U #18
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

MR. JOSEPH J. FARNAN, JR.
U.S. DISTRICT COURT
844 N. KING ST. LOCKBOX 18
WILMINGTON DE.
19801-3570

# Individual Statement
## From January 2007 to February 2007

Date Printed: 3/19/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($4.68) | ($9.55) | 368923 | | 12/23/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368924 | | 12/25/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368958 | | 12/26/06 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($5.43) | ($9.55) | 370458 | | 1/2/07 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($5.55) | ($9.55) | 371246 | | 12/18/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($4.20) | ($9.55) | 373580 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373700 | | 1/3/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373701 | | 1/3/07 | |
| Supplies-MailP | 1/18/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 374813 | | INDIGENT 1/1/07 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($1.17) | ($9.55) | 375200 | | 12/12/06 | |
| Supplies-MailP | 2/7/2007 | $0.00 | $0.00 | ($2.55) | ($9.55) | 383498 | | 1/29/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($1.11) | ($9.55) | 384762 | | 1/15/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 384905 | | 1/09/07 | |
| Supplies-MailP | 2/12/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 385339 | | 2/4/07 | |
| Supplies-MailP | 2/13/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 386535 | | INDIGENT 2/6/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388041 | | 2/11/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.53) | ($9.55) | 388172 | | 2/12/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388180 | | 2/8/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388181 | | 1/31/07 | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388579 | | 1/16/07 | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388702 | | 1/16/07 | |
| Supplies-MailP | 2/21/2007 | $0.00 | $0.00 | ($3.48) | ($9.55) | 391198 | | 12/11/06 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 392269 | | 2/17/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 392301 | | 2/19/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392379 | | 2/20/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392381 | | 2/20/07 | |

# Individual Statement
## From September 2006 to December 2006

Date Printed: 3/19/2007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($2.85) | ($9.55) | 356160 | 12/5/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 356181 | 12/5/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($10.53) | ($9.55) | 356244 | 11/28/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($3.84) | ($9.55) | 356246 | 12/6/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 356298 | 12/1/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.34) | ($9.55) | 359020 | 12/7/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($8.85) | ($9.55) | 359071 | 12/10/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($1.56) | ($9.55) | 359134 | 11/29/06 |
| Supplies-MailP | 12/22/2006 | $0.00 | $0.00 | ($3.70) | ($9.55) | 362936 | INDIGENT 12/4/06 |

**Ending Month Balance: ($9.55)**

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($351.01)

# Individual Statement
# From January 2007 to February 2007

**Ending Month Balance:** **($9.55)**

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($351.01)

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Ivan Mendez SBI#: 453351

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: March 19, 2007

---

Attached are copies of your inmate account statement for the months of September 1, 2006 to February 28, 2006

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Sept | (-9.55) |
| Oct | (-9.55) |
| Nov | (-9.55) |
| Dec | (-9.55) |
| Jan | (-9.55) |
| Feb | (-9.55) |

**Average daily balances/6 months:** (- 9.55)

Attachments
CC: File

Stacy Shane 3/19/07

Jeanette d Harv

# Individual Statement
## From September 2006 to December 2006

Date Printed: 3/19/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 315315 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($8.88) | ($9.55) | 315792 | | 8/28/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.35) | ($9.55) | 315796 | | 8/29/06 | |
| Supplies-MailP | 9/15/2006 | $0.00 | $0.00 | ($4.14) | ($9.55) | 320207 | | 9/5/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($5.46) | ($9.55) | 322270 | | 9/14/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($3.15) | ($9.55) | 322278 | | 9/18/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($5.22) | ($9.55) | 322827 | | 9/13/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($3.89) | ($9.55) | 323156 | | INDIGENT 9/6/06 | |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 324868 | | 9/25/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($7.15) | ($9.55) | 329774 | | 10/2/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.78) | ($9.55) | 329794 | | 9/29/06 | |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($3.57) | ($9.55) | 332032 | | INDIGENT 10/2/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($6.84) | ($9.55) | 333862 | | 10/09/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($2.55) | ($9.55) | 333887 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($16.75) | ($9.55) | 333923 | | 10/07/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($5.61) | ($9.55) | 337398 | | 10/16/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($5.04) | ($9.55) | 337468 | | 10/13/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 338688 | | 10/17/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 338704 | | 10/24/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($2.79) | ($9.55) | 338706 | | 10/18/06 | |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.87) | ($9.55) | 340519 | | 10/27/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($2.07) | ($9.55) | 342706 | | 10/31/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($0.78) | ($9.55) | 342792 | | 10/25/06 | |
| Supplies-MailP | 11/15/2006 | $0.00 | $0.00 | ($3.62) | ($9.55) | 346735 | | INDIGENT 10/30/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($2.04) | ($9.55) | 348025 | | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 348036 | | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.87) | ($9.55) | 348037 | | 11/07/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.35) | ($9.55) | 348045 | | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.17) | ($9.55) | 348082 | | 11/7/06 | |
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($5.91) | ($9.55) | 354546 | | 11/20/06 | |

# Individual Statement
## From September 2006 to December 2006

Date Printed: 3/19/2007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($2.85) | ($9.55) | 356160 | 12/5/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 356181 | 12/5/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($10.53) | ($9.55) | 356244 | 11/28/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($3.84) | ($9.55) | 356246 | 12/6/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 356298 | 12/1/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.34) | ($9.55) | 359020 | 12/7/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($8.85) | ($9.55) | 359071 | 12/10/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($1.56) | ($9.55) | 359134 | 11/29/06 |
| Supplies-MailP | 12/22/2006 | $0.00 | $0.00 | ($3.70) | ($9.55) | 362936 | INDIGENT 12/4/06 |

**Ending Month Balance:** **($9.55)**

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($351.01)

# Individual Statement
## From January 2007 to February 2007

Date Printed: 3/19/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($4.68) | ($9.55) | 368923 | | 12/23/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368924 | | 12/25/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368958 | | 12/26/06 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($5.43) | ($9.55) | 370458 | | 1/2/07 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($5.55) | ($9.55) | 371246 | | 12/18/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($4.20) | ($9.55) | 373580 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373700 | | 1/3/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373701 | | 1/3/07 | |
| Supplies-MailP | 1/18/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 374813 | | INDIGENT 1/1/07 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($1.17) | ($9.55) | 375200 | | 12/12/06 | |
| Supplies-MailP | 2/7/2007 | $0.00 | $0.00 | ($2.55) | ($9.55) | 383498 | | 1/29/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($1.11) | ($9.55) | 384762 | | 1/15/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 384905 | | 1/09/07 | |
| Supplies-MailP | 2/12/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 385339 | | 2/4/07 | |
| Supplies-MailP | 2/13/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 386535 | | INDIGENT 2/6/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388041 | | 2/11/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.53) | ($9.55) | 388172 | | 2/12/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388180 | | 2/8/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388181 | | 1/31/07 | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388579 | | 1/16/07 | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388702 | | 1/16/07 | |
| Supplies-MailP | 2/21/2007 | $0.00 | $0.00 | ($3.48) | ($9.55) | 391198 | | 12/11/06 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 392269 | | 2/17/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 392301 | | 2/19/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392379 | | 2/20/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392381 | | 2/20/07 | |

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

*TO:* Ivan Mendez *SBI#:* 453351

*FROM:* *Stacy Shane, Support Services Secretary*

*RE:* ***6 Months Account Statement***

*DATE:* March 19, 2007

---

*Attached are copies of your inmate account statement for the months of* September, 2006 *to* February 28, 2007

*The following indicates the average daily balances.*

| MONTH | AVERAGE DAILY BALANCE |
| --- | --- |
| Sept | (-9.55) |
| Oct | (-9.55) |
| Nov | (-9.55) |
| Dec | (-9.55) |
| Jan | (-9.55) |
| Feb | (-9.55) |

***Average daily balances/6 months:*** (-9.55)

*Attachments*
*CC: File*

Stacy Shane
3/19/07

Jeanette L. Hawe

# Individual Statement
## From January 2007 to February 2007

**Ending Month Balance:** **($9.55)**

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($351.01)

# Individual Statement
## From September 2006 to December 2006

Date Printed: 3/19/2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 315315 | | 8/24/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($8.88) | ($9.55) | 315792 | | 8/28/06 | |
| Supplies-MailP | 9/6/2006 | $0.00 | $0.00 | ($1.35) | ($9.55) | 315796 | | 8/29/06 | |
| Supplies-MailP | 9/15/2006 | $0.00 | $0.00 | ($4.14) | ($9.55) | 320207 | | 9/5/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($5.46) | ($9.55) | 322270 | | 9/14/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($3.15) | ($9.55) | 322278 | | 9/18/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($5.22) | ($9.55) | 322827 | | 9/13/06 | |
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($3.89) | ($9.55) | 323156 | | INDIGENT 9/6/06 | |
| Supplies-MailP | 9/27/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 324868 | | 9/25/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($7.15) | ($9.55) | 329774 | | 10/2/06 | |
| Supplies-MailP | 10/10/2006 | $0.00 | $0.00 | ($0.78) | ($9.55) | 329794 | | 9/29/06 | |
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($3.57) | ($9.55) | 332032 | | INDIGENT 10/2/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($6.84) | ($9.55) | 333862 | | 10/09/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($2.55) | ($9.55) | 333887 | | 10/12/06 | |
| Supplies-MailP | 10/18/2006 | $0.00 | $0.00 | ($16.75) | ($9.55) | 333923 | | 10/07/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($5.61) | ($9.55) | 337398 | | 10/16/06 | |
| Supplies-MailP | 10/24/2006 | $0.00 | $0.00 | ($5.04) | ($9.55) | 337468 | | 10/13/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 338688 | | 10/17/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 338704 | | 10/24/06 | |
| Supplies-MailP | 10/26/2006 | $0.00 | $0.00 | ($2.79) | ($9.55) | 338706 | | 10/18/06 | |
| Supplies-MailP | 11/1/2006 | $0.00 | $0.00 | ($0.87) | ($9.55) | 340519 | | 10/27/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($2.07) | ($9.55) | 342706 | | 10/31/06 | |
| Supplies-MailP | 11/3/2006 | $0.00 | $0.00 | ($0.78) | ($9.55) | 342792 | | 10/25/06 | |
| Supplies-MailP | 11/15/2006 | $0.00 | $0.00 | ($3.62) | ($9.55) | 346735 | | INDIGENT 10/30/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($2.04) | ($9.55) | 348025 | | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 348036 | | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.87) | ($9.55) | 348037 | | 11/07/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.35) | ($9.55) | 348045 | | 11/10/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($1.17) | ($9.55) | 348082 | | 11/7/06 | |
| Supplies-MailP | 12/5/2006 | $0.00 | $0.00 | ($5.91) | ($9.55) | 354546 | | 11/20/06 | |

# Individual Statement
## From September 2006 to December 2006

Date Printed: 3/19/2007

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($2.85) | ($9.55) | 356160 | 12/5/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($4.20) | ($9.55) | 356181 | 12/5/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($10.53) | ($9.55) | 356244 | 11/28/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($3.84) | ($9.55) | 356246 | 12/6/06 |
| Supplies-MailP | 12/8/2006 | $0.00 | $0.00 | ($0.39) | ($9.55) | 356298 | 12/1/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($2.34) | ($9.55) | 359020 | 12/7/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($8.85) | ($9.55) | 359071 | 12/10/06 |
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($1.56) | ($9.55) | 359134 | 11/29/06 |
| Supplies-MailP | 12/22/2006 | $0.00 | $0.00 | ($3.70) | ($9.55) | 362936 | INDIGENT 12/4/06 |

**Ending Month Balance:** **($9.55)**

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($351.01)

Date Printed: 3/19/2007

# Individual Statement
## From January 2007 to February 2007

| SBI | Last Name | First Name | MI | Suffix | | |
|---|---|---|---|---|---|---|
| 00453351 | Mendez | Ivan | | | Beginning Month Balance: | ($9.55) |
| Current Location: 18 | | Comments: QOLP2 | | | Ending Month Balance: | ($9.55) |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO# / Ck# | Pay To | Source Name |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($4.68) | ($9.55) | 368923 | | 12/23/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368924 | | 12/25/06 | |
| Supplies-MailP | 1/4/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 368958 | | 12/26/06 | |
| Supplies-MailP | 1/9/2007 | $0.00 | $0.00 | ($5.43) | ($9.55) | 370458 | | 1/2/07 | |
| Supplies-MailP | 1/10/2007 | $0.00 | $0.00 | ($5.55) | ($9.55) | 371246 | | 12/18/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($4.20) | ($9.55) | 373580 | | 12/14/06 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373700 | | 1/3/07 | |
| Supplies-MailP | 1/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 373701 | | 1/3/07 | |
| Supplies-MailP | 1/18/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 374813 | | INDIGENT 1/1/07 | |
| Supplies-MailP | 1/19/2007 | $0.00 | $0.00 | ($1.17) | ($9.55) | 375200 | | 12/12/06 | |
| Supplies-MailP | 2/7/2007 | $0.00 | $0.00 | ($2.55) | ($9.55) | 383498 | | 1/29/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($1.11) | ($9.55) | 384762 | | 1/15/07 | |
| Supplies-MailP | 2/9/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 384905 | | 1/09/07 | |
| Supplies-MailP | 2/12/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 385339 | | 2/4/07 | |
| Supplies-MailP | 2/13/2007 | $0.00 | $0.00 | ($3.70) | ($9.55) | 386535 | | INDIGENT 2/6/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388041 | | 2/11/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.53) | ($9.55) | 388172 | | 2/12/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388180 | | 2/8/07 | |
| Supplies-MailP | 2/15/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388181 | | 1/31/07 | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 388579 | | 1/16/07 | |
| Supplies-MailP | 2/16/2007 | $0.00 | $0.00 | ($0.78) | ($9.55) | 388702 | | 1/16/07 | |
| Supplies-MailP | 2/21/2007 | $0.00 | $0.00 | ($3.48) | ($9.55) | 391198 | | 12/11/06 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.39) | ($9.55) | 392269 | | 2/17/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.63) | ($9.55) | 392301 | | 2/19/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392379 | | 2/20/07 | |
| Supplies-MailP | 2/23/2007 | $0.00 | $0.00 | ($0.87) | ($9.55) | 392381 | | 2/20/07 | |

# Individual Statement
# From January 2007 to February 2007

Date Printed: 3/19/2007

**Ending Month Balance:** **($9.55)**

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($351.01)